Case No: _____ Inmate Name: Gerald Angelo Barcella
Date: 08/27/20   Inmate IDOC#: 56305
Document Title: Complaint Exhibit
Total Pages: 14   Inmate Initials Verifying Page Count: GB
Document(s) ____ of ____

COMPLAINT EXHIBITS

COMPLAINT EXHIBITS

GRIEVANCE NO. II190000153          Pages 1.-3.

GRIEVANCE NO. II200000277          Pages 4.-6.

GRIEVANCE NO. II200000525          Pages 7.-13.

# IDAHO DEPARTMENT OF CORRECTION
## Grievance/Appeal Form

☑ **Grievance**
Offender's Name: Gerald Barcella   IDOC Number: 56305
Institution, Housing Unit, & Cell: ISCI/Unit 13/A 23A   Date: 02/12/19

### For Administrative Use
Facility: ISCI   Grievance Number: II90000153
Date Collected: 2/15/19   Grievance Category: Medical/Healthcare
Date Forwarded to Offender's Previous Facility: ___
Name of Previous Facility: ___
Date Forwarded to Responder: ___
Level 1 Responder's Name: Brewer   Date Due: 3/5/19   Received: 3/3/19
Level 2 Responder's Name: Timmons   Date Due: 3/17/19   Received: 3/4/19
Final Grievance Decision: Denied   Date Sent to Offender: 3/5/19

### Offender Section
The problem is: Corizon Medical has refused to give me any adequate treatment to alleviate the excruciating sciatica and back pain I experience despite literally dozens of HSR's, concerns, grievances and office visits since 2006. An MRI in 2017 shows extensive back damage

I have tried to solve this problem informally by: HSR 120088/ (11/26/18) and rescheduled to be seen on 12-4-18 by Rogers, NP, concern to Aaron Hofer (1-12-19) and Rogers request for neurological consult.

I suggest the following solution for the problem: Grant N.P. Rogers request for surgical neurological consult so further possible medical treatment to relieve the pain may be taken.

Offender's signature: Gerald Barcella

☐ **Appeal**   Date: 3/12/19   Rcvd: 3/14/19

I am appealing the grievance for the following reason(s):
I have had bad sciatica since 2006 as documented in my medical file by literally dozens of verbal complaints, HSRs, concerns and grievances. Corizon has repeatedly denied me medical care for this. There is no alternative or conservative treatment provided. It is NOTHING. I never worked in the EDO? until mid 2017. I have only worked at Correctional Industries for approximately 30 workdays 8/28 - 10/16 and again after medical layin from 12/26/18 - until present. Sciatica was worse during inactivity in layin. My job has nothing to do with my condition. Dr Haggard, and several of your providers have promised to provide care after my last surgery! Your threats are pure retaliation. Please schedule OSS consult.

Offender's signature: Gerald Barcella

Appendix B
316.02.01.001
(Appendix last updated 2/14/12)

1



# Idaho Department of Correction
# Grievance Form

| | | | |
|---|---|---|---|
| Offender Name: | BARCELLA, GERALD ANGELO | Location: | ISCI |
| Offender Number: | 56305 | Number: | II 190000153 |
| | | Category: | MEDICAL/HEALTHCARE |

## Offender Grievance Information

Date Received: 02/15/2019

The problem is:

Corizon Meidcal has refused to give me any adequate treatment to alleviate the excruciating sciatica and back pain I experience despite literally dozens of HSR's, concerns, grievances and office visits since 2006. An MRI in 2017 shows extensive back damage

I have tried to solve this problem informally by:

HSR 1200881 (11/26/18) and rescheduled to be seen on 12-4-18 by Rogers, NP, concern to Aaron Hofer (1-12-19) and Rogers requested for neurological consult.

I suggest the following solution for the problem:

Grant N.P. Rogers request for surgical neurological consult so further possible Medical treatment to relieve the pain may be taken.

## Level 1 - Initial Response

| | | | |
|---|---|---|---|
| Date Forwarded: | 02/19/2019 | Date Returned: | 03/03/2019 |
| Date Due Back: | 03/05/2019 | Level 1 Responder: | BREWER, GEN |

The response from the staff member or person in charge of the area/operation being grieved:

Mr. Barcella,
I am sorry NP Rogers request was returned with an alternative treatment plan for the back pain you have had for 13 years. I will request the provider review your case. I see you work at C.I. and lifting may be aggravating and making your pain worse. If any restrictions are added, we will schedule you via HSR request, is you wish to discuss.
Thank you.

## Level 2 - Reviewing Authority Response

| | | | |
|---|---|---|---|
| Date Forwarded: | 03/03/2019 | Grievance Disposition: | DENIED |
| Date Due Back: | 03/17/2019 | Level 2 Responder: | TILLEMANS, |
| Date Returned: | 03/04/2019 | Response sent to offender: | 03/05/2019 |

Your grievence has been reviewed and I find:

Mr. Barcella,
I am sorry you are having back and sciatica pain. Unfortunately, an alternative treatment plan has been recommended in favor of a neurology consult at this time.
Conservative management has bee advised so please continue to work with our onsite providers as needed.
Let me know if I can assist you. I hope you get to feeling better!
Thank you.

## Offender Appeal

Offender Comments:

I have had bad sciatica since 2006 as documented in my Medical file by literally dozens of verbal complaints, HSRs, concerns and grievances. Corizon has repeatedly denied me Medical care for this. There is no alternative or conservative treatment provided. It is nothing. I never worked in the IDOC until mid 2017. I have only worked at Correctional Industries for approximately 30 work days 8/28-10/16 and again after Medical layin from 12/26/18 - until preset. Sciatica was worse furing inactivity in layin. My job has to do with my condition. Dr. Haggard and several of your providers have promised to provide care after my last surgery. Your threats are pure retaliation. Please schedule oss consult.

## Level 3 - Appellate Authority Response

| | | | |
|---|---|---|---|
| Date Appealed: | 03/14/2019 | Grievance Disposition: | MODIFIED |
| Date Forwarded: | 03/19/2019 | Level 3 Responder: | SIEGERT, RONA |
| Date Due Back: | 04/04/2019 | Response sent to offender: | 04/03/2019 |
| Date Returned: | 04/02/2019 | | |

Your appeal has been reviewed and I find:

Mr. Barcella:

I'm sorry you have ongoing back pain. The alternative treatment plan in lieu of a neurology appointment was based on your 12/20/2018 provider encounter. The suggested treatment at that appointment was for a R hip x-ray which was done on 1/2/2019 and to likely plan a steroid injection after the x-ray as well as physical therapy. After reviewing your medical record I don't see that an injection or physical therapy were ordered. I would encourage you to request an appointment with a provider to discuss the parts of your alternative treatment plan that have not been ordered.

# IDAHO DEPARTMENT OF CORRECTION
## Grievance/Appeal Form

B32

☑ **Grievance**

Offender's Name: Gerald Barcella   IDOC Number: 56305
Institution, Housing Unit, & Cell: ISCI / Unit 10 / B32A   Date: 04/08/20

### For Administrative Use

| | |
|---|---|
| Facility: ISCI | Grievance Number: IF200000277 |
| Date Collected: 4/10/20 | Grievance Category: Medical |

Date Forwarded to Offender's Previous Facility: _____
Name of Previous Facility: _____
Date Forwarded to Responder: _____

Level 1 Responder's Name: Brawer   Date Due: 4/23/20 Received: 4/15/20
Level 2 Responder's Name: McMillan   Date Due: 5/1/20 Received: 4/15/20
Final Grievance Decision: Modified   Date Sent to Offender: 4/15/20

### Offender Section

The problem is: I have been in pain from sciatica since diagnosed in 2006. Condition has went from serious to severe from 2017 x-ray + 2019 x-ray. I have been denied any viable relief. Phys therapy exhausted, pain meds ineffective. Cannot lie on back, sit, stand, walk, exercise w/o pain. UMT keeps denying OSS followups or appointment

I have tried to solve this problem informally by: 100 HSRs Concerns since 2017 Grievance 190000153 (3/3/19) HSR 1396928, Concern to Dr Haggard 03/12/20, Ongoing issue, HSR 1285038 (01/01/20)

I suggest the following solution for the problem: Follow surgeons orders for followup to discuss further options as he said do, or send me to another OSS.

Offender's signature: [signed]

---

☑ **Appeal**   Date: 04/18/20   REC'D: 4/21/20   Siegert Due: 5/8/20
REC'D: 5/4/20 -MODIFIED-

I am appealing the grievance for the following reason(s):

I've filed over 100 HSRs & concerns since 2017. Excruciating pain since 2006. Rona Siegert 03/05/19 grievance said to do P/T, Epidural steroid injections. Both exhausted. Another HSR will not do anything the last 100 haven't. NP Rogers told me Corizon will not send me to an OSS unless I have loss of bowel control. despite my pain. You have caused me to have borderline chronic kidney failure due to NSAID use since 1999. Specialist Bradley, MD told me he scheduled a follow-up appointment to discuss surgical options if ESIs failed. They have failed. I keep telling this to providers, UMT twice denied followup. I want this followup. my back pathology is "serious" & worsening per xray results. I am joints going to end up crippled

Offender's signature: [signed] Gerald Barcella

Appendix B
316.02.01.001
(Appendix last updated 2/14/12)

4



# Idaho Department of Correction
# Grievance Form

| | | | |
|---|---|---|---|
| Offender Name: | BARCELLA, GERALD ANGELO | Location: | ISCI |
| Offender Number: | 56305 | Number: | II 200000277 |
| | | Category: | MEDICAL/HEALTHCARE |

### Offender Grievance Information

Date Received: 04/10/2020

The problem is:

I have been in pain from sciatica since diagnosed in 2006. Condition has went from serious to severe from 2017 - xray - 2019 x-ray. I have been denied any viable relief. Phys therapy exhausted, pain meds ineffective. Cannot lie on back, sit, stand, walk, exercise w/o pain. OMT keeps denying OSSW follow ups or appointments

I have tried to solve this problem informally by:

100 HSRS concerns since 2017 Grievance 190000153 (3/3/19) HSR 1396928, concern to Dr. Haggard 03/12/20. Ongoing issue. HSR 1285038 (01/01/20)

I suggest the following solution for the problem:

follow surgeons orders for follow up to discuss for the options as he said do, or send me to another OSS.

### Level 1 - Initial Response

| | | | |
|---|---|---|---|
| Date Forwarded: | 04/14/2020 | Date Returned: | 04/15/2020 |
| Date Due Back: | 04/28/2020 | Level 1 Responder: | BREWER, GEN |

The response from the staff member or person in charge of the area/operation being grieved:

Mr. Barcella,

I reviewed your chart and in Nov 2019 it was recommended that you receive non surgical intervention to include an injection, which you received on 2/24/2020. If you still have no relief please submit an HSR with your concerns. thank you

| Level 2 - Reviewing Authority Response | | | |
|---|---|---|---|
| Date Forwarded: | 04/15/2020 | Grievance Disposition: | MODIFIED |
| Date Due Back: | 05/01/2020 | Level 2 Responder: | MCMILIAN, TONYA |
| Date Returned: | 04/15/2020 | Response sent to offender: | 04/15/2020 |

Your grievence has been reviewed and I find:

Mr. Barcella,

I am sorry to hear you are still having sciatica pain after we sent you offsite for your epidural injection. It appears that you have not had any relief with many of the medications and treatments we have offered you to include PT, prednisone, gabapentin for nerve pain.

Recently your gabapentin was increased and Tylenol and muscle relaxer was added. The provider has also recommended you continue with your home exercises and stretching.

If your pain continues after this regimen trial, please submit another HSR to discuss further options.

Thank you.

## Offender Appeal

Offender Comments:

Ive filed over 100 HSRs concerns since 2017. Excruciating pain since 2006. Rona Siegert 03/05/19) grievance said to do plt, epidural steroid injections. Both exhausted. Another HSR will not do anything the last 100 haven't NP Rogers told me Corizon will not send me to an OSS unless I have loss of bowel control. despite my pain. You have caused me to have borderline chronic kidney failure due to NSAID use since 1999. Specialist Bradley, MD told me he scheduled a follow-up appointment to discuss surgical options if ESIs failed. They have failed. I keep telling this to providers. OMT twice denied follow up. I want this follow up my back pathology is "serious" & worsening per xray results. I am going going to end up crippled.

| Level 3 - Appellate Authority Response | | | |
|---|---|---|---|
| Date Appealed: | 04/21/2020 | Grievance Disposition: | MODIFIED |
| Date Forwarded: | 04/22/2020 | Level 3 Responder: | SIEGERT, RONA |
| Date Due Back: | 05/08/2020 | Response sent to offender: | 05/04/2020 |
| Date Returned: | 05/04/2020 | | |

Your appeal has been reviewed and I find:

Mr. Barcella:

I'm sorry you continue to have pain. A review of your medical record shows on 3/31/2020 you were seen in clinic by provider Rogers. At that appointment NP Rogers discussed your treatment plan which included requesting another offsite referral once the Coronavirus restrictions change. I know the restrictions are inconvenient but must be followed to keep everyone safe.

Rona Siegert RN, CCHP-RN
Idaho Department of Correction

B14

# IDAHO DEPARTMENT OF CORRECTION
## Grievance/Appeal Form

RWA 6/22/20
Memo sent 7/1/20

☑ **Grievance**

Offender's Name: Gerald Barcella   IDOC Number: 56305
Institution, Housing Unit, & Cell: ISCI/13/B14A   Date: 04/14/20

### For Administrative Use

Facility: ISCI   Grievance Number: II20000525
Date Collected: 6/18/20   Grievance Category: MEDICAL
Date Forwarded to Offender's Previous Facility: ___
Name of Previous Facility: ___
Date Forwarded to Responder: ___

Level 1 Responder's Name: ___   Date Due: ___   Received: ___
Level 2 Responder's Name: ___   Date Due: ___   Received: ___
Final Grievance Decision: ___   Date Sent to Offender: 6/22/20

### Offender Section

The problem is: my back pathology and pain has exponentially increased over the last several months despite Corizon's denial of this. Pain since 2006. Pain is spreading to rt. testicle, pelvic area, upwards in sides of back. I've had to quit two jobs since 06/03/20 due to pain. My gait is horrible, getting worse, I am losing function. I am in pain all day & night long. I'm losing leg strength. Laying on my stomach 24/7 is only thing to stop pain.

I have tried to solve this problem informally by: HSR 13338315 4/28/20, Concern Sile Worley 05/22/20, 06/05/20 Grievances 200000277, 190000153 100s of HSRs, Concerns, verbal requests.

I suggest the following solution for the problem: Return me to the back specialist for the follow-up he ordered or to another specialist. Something needs to be done. Everything you have tried has not worked for several years now. You are purposely denying effective care.

Offender's signature: Gerald Barcella

☑ **Appeal**   Date: 06/23/20

I am appealing the grievance for the following reason(s):

UMT denied OSS consult that Rona Siegert said I'd be put in for in her response to appeal on Grievance II20000277. Her answer was either bogus or proves that grievance response was not validated. Patients are being sent out for OSS consult. Mine was denied.

Offender's signature: ___

Appendix B
316.02.01.001
(Appendix last updated 2/14/12)

7



# IDAHO DEPARTMENT OF CORRECTION

*Protect the public, our staff and those within our custody and supervision*

BRAD LITTLE
Governor

JOSH TEWALT
Director

---

Date: July 1, 2020

To: Gerald Barcella, 56305

From: Ecco Barney, Grievance Coordinator

Re: RWA II200000525 paperwork

Inmate Barcella,

Your Grievance has been Returned Without Action (RWA) due to the following reason: The issue was previously grieved under grievance number: II200000277.

Also, I cannot accept the information you provided in the "Appeal" section of the RWA II200000525. Not only have you exhausted your ability to grieve this issue, but you cannot submit your appeal until the grievance decision is rendered. This return without action paperwork has already been assigned an RWA number, which is why I am addressing you via this memo.

Please let me know if you have any further questions regarding this matter.

Thank you,

Ecco Barney

IDAHO DEPARTMENT OF CORRECTION
Grievance Transmittal Form

RWA II200000525

Facility: ISCI
Date: 6/22/20
To: Inmate Name: BARCELLA
IDOC Number: 56305
Institution, Housing Unit, & Cell: ISCI 13 B #4 A
From: E. BARNEY
[X] Grievance Coordinator [ ] Other

The attached form is being returned without action being taken because:

- [ ] You did not submit the grievance within 30 days of the incident.
- [ ] You did not submit the appeal within 14 days of the review authority's decision.
- [ ] The form is not handwritten (it cannot be typed).
- [ ] The form is not legible.
- [ ] You did not include with the grievance an answered or signed *Inmate Concern Form(s)* that shows your attempts to resolve the issue informally with applicable staff.
- [ ] You have three (3) open/active grievances (including appeals) in the system, which is the maximum number you are allowed.
- [ ] You have raised more than one specific issue.
- [ ] The grievance does not contain a reasonable and clear description of the problem.
- [ ] The grievance does not describe how you tried to resolve the issue informally.
- [ ] The grievance does not contain specific information such as dates, places, and names.
- [ ] Your description of the problem is not written in or within the appropriate area on the form. (Written comments must not exceed the space designated for writing comments.)
- [ ] The grievance is not written in a civil, concise, or understandable language; or it is not to the point. (Grievances cannot contain vague issues/complaints, personal attacks, or harass staff members.)
- [ ] You did not suggest a solution.
- [ ] You did not sign the form.
- [ ] You cannot submit your appeal until the grievance decision is rendered.
- [X] The issue was previously grieved under grievance number: II200000277
- [ ] The issue/complaint is not grievable as indicated in standard operating procedure 316.02.01.001, *Grievance and Informal Resolution Procedures for Inmates*, and must be addressed as follows: _____

- [ ] You cannot grieve the length of your sentence or a decision that is under the jurisdiction of the court or Idaho Commission of Pardons and Parole.
- [ ] This problem is beyond the Idaho Department of Correction's (IDOC's) control.
- [ ] Other (must be approved by the review or appellate authority): _____

Appendix D
316.02.01.001
(Appendix last updated 6/04/18)

9



# Idaho Department of Correction
# Grievance Form

| | | | |
|---|---|---|---|
| Offender Name: | BARCELLA, GERALD ANGELO | Location: | ISCI |
| Offender Number: | 56305 | Number: | II 200000525 |
| | | Category: | MEDICAL/HEALTHCARE |

## Offender Grievance Information

Date Received: 06/18/2020

The problem is:

Back pain, increasing pain.

Your Grievance has been Returned Without Action (RWA) due to the following reasons:

1. The issue was previously grieved under grievance number: II200000277
You have exhausted the ability to grieve this issue. I have enclosed a copy of the last grievance responses. I would suggest reviewing it to assist with taking your next step.

I have tried to solve this problem informally by:

I suggest the following solution for the problem:

## Level 1 - Initial Response

Date Forwarded:                                     Date Returned:

Date Due Back:      06/18/2020                      Level 1 Responder:

The response from the staff member or person in charge of the area/operation being grieved:

## Level 2 - Reviewing Authority Response

Date Forwarded:                           Grievance Disposition:

Date Due Back:                            Level 2 Responder:

Date Returned:                            Response sent to offender:

Your grievence has been reviewed and I find:

## Offender Appeal
Offender Comments:

## Level 3 - Appellate Authority Response

Date Appealed:                            Grievance Disposition:

Date Forwarded:                           Level 3 Responder:

Date Due Back:                            Response sent to offender:

Date Returned:

Your appeal has been reviewed and I find:



# Idaho Department of Correction
# Grievance Form

| | | | |
|---|---|---|---|
| Offender Name: | BARCELLA, GERALD ANGELO | Location: | ISCI |
| Offender Number: | 56305 | Number: | II 200000277 |
| | | Category: | MEDICAL/HEALTHCARE |

### Offender Grievance Information

Date Received: 04/10/2020

The problem is:

I have been in pain from sciatica since diagnosed in 2006. Condition has went from serious to severe from 2017 - xray - 2019 x-ray. I have been denied any viable relief. Phys therapy exhausted, pain meds ineffective. Cannot lie on back, sit, stand, walk, exercise w/o pain. OMT keeps denying OSSW follow ups or appointments

I have tried to solve this problem informally by:

100 HSRS concerns since 2017 Grievance 190000153 (3/3/19) HSR 1396928, concern to Dr. Haggard 03/12/20. Ongoing issue. HSR 1285038 (01/01/20)

I suggest the following solution for the problem:

follow surgeons orders for follow up to discuss for the options as he said do, or send me to another OSS.

### Level 1 - Initial Response

| | | | |
|---|---|---|---|
| Date Forwarded: | 04/14/2020 | Date Returned: | 04/15/2020 |
| Date Due Back: | 04/28/2020 | Level 1 Responder: | BREWER, GEN |

The response from the staff member or person in charge of the area/operation being grieved:

Mr. Barcella,

I reviewed your chart and in Nov 2019 it was recommended that you receive non surgical intervention to include an injection, which you received on 2/24/2020. If you still have no relief please submit an HSR with your concerns. thank you

## Level 2 - Reviewing Authority Response

| | | | |
|---|---|---|---|
| Date Forwarded: | 04/15/2020 | Grievance Disposition: | MODIFIED |
| Date Due Back: | 05/01/2020 | Level 2 Responder: | MCMILIAN, TONYA |
| Date Returned: | 04/15/2020 | Response sent to offender: | 04/15/2020 |

Your grievence has been reviewed and I find:

Mr. Barcella,

I am sorry to hear you are still having sciatica pain after we sent you offsite for your epidural injection. It appears that you have not had any relief with many of the medications and treatments we have offered you to include PT, prednisone, gabapentin for nerve pain.

Recently your gabapentin was increased and Tylenol and muscle relaxer was added. The provider has also recommended you continue with your home exercises and stretching.

If your pain continues after this regimen trial, please submit another HSR to discuss further options.

Thank you.

## Offender Appeal

Offender Comments:

Ive filed over 100 HSRs concerns since 2017. Excruciating pain since 2006. Rona Siegert 03/05/19) grievance said to do plt, epidural steroid injections. Both exhausted. Another HSR will not do anything the last 100 haven't NP Rogers told me Corizon will not send me to an OSS unless I have loss of bowel control. despite my pain. You have caused me to have borderline chronic kidney failure due to NSAID use since 1999. Specialist Bradley, MD told me he scheduled a follow-up appointment to discuss surgical options if ESIs failed. They have failed. I keep telling this to providers. OMT twice denied follow up. I want this follow up my back pathology is "serious" & worsening per xray results. I am going going to end up crippled.

## Level 3 - Appellate Authority Response

| | | | |
|---|---|---|---|
| Date Appealed: | 04/21/2020 | Grievance Disposition: | MODIFIED |
| Date Forwarded: | 04/22/2020 | Level 3 Responder: | SIEGERT, RONA |
| Date Due Back: | 05/08/2020 | Response sent to offender: | 05/04/2020 |
| Date Returned: | 05/04/2020 | | |

Your appeal has been reviewed and I find:

Mr. Barcella:

I'm sorry you continue to have pain. A review of your medical record shows on 3/31/2020 you were seen in clinic by provider Rogers. At that appointment NP Rogers discussed your treatment plan which included requesting another offsite referral once the Coronavirus restrictions change. I know the restrictions are inconvenient but must be followed to keep everyone safe.

Rona Siegert RN, CCHP-RN
Idaho Department of Correction