Gerald Angelo Barcella 56305
ISCI Unit 13
P.O. Box 14
Boise, Idaho 83707

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Gerald Angelo Barcella
    Plaintiff

v.

Corizon Medical, Several
Unnamed Members of Corizon
UMT, Dr. Rebekah Haggard,
Gen Brewer, D.O.N., Rona
Siegert, CCHP-RN,
Warden Alberto Ramirez,
Director Josh Tewalt
John Does I.-X.
    Defendants

Case No. _____

SUMMONS

TO THE ABOVE NAMED DEFENDANTS:

    You are hereby summoned and required to serve upon Plaintiff, whose address is ISCI Unit 13, P.O. Box 14, Boise, Idaho an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service, or 60 days if the U.S. Government or officer/agent thereof is a defendant. If you fail to do so, judgment by default will be taken against you for the relief demanded in this complaint.

Clerk of the Court

Date: _____