Case No: 1:20-cv-00427-BLW  Inmate Name: Barcella
Date: 10/23/20  Inmate IDOC#: 56305
Document Title: Plaintiffs Response to Defendant Ex Time
Total Pages: 4  Inmate Initials Verifying Page Count: GB
Document(s) ___ of ___

Gerald Angelo Barcella 56305
ISCI Unit 13
P.O. Box 14
Boise, Idaho 83707

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Gerald Angelo Barcella
    Plaintiff

v.

Corizon, et. al.
    Defendants

Case No. 1:20-cv-00427-BLW

PLAINTIFF'S RESPONSE TO
DEFENDANTS' MOTION FOR
EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S
MOTION FOR PRELIMINARY
AND PERMANENT INJUNCTION
& A TEMPORARY INJUNCTION
AND AFFIDAVIT IN SUPPORT
OF MOTION

Plaintiff, Gerald Angelo Barcella hereby responds to Counsel of Record Dylan A. Eaton's motion for extension of time to Plaintiff's request for perliminary and permanent injunction and temporary restraining order.

### BACKGROUND

On August 29, 2020 this Court conditionally filed Plaintiff's 42 USC 1983 Complaint.

    On October 1, 2020 this Court signed its Initial Review Order and ordered Defendants to respond by October 15, 2020 to Plaintiff's Motion For Preliminary and Permanent Injunction & A Temporary Restraining Order.

    On October 8, 2020 Counsel filed Notice of Appearance for Defendants, motion for extension of time to respond and a declaration supporting his assertions.

### PLAINTIFF'S RESPONSE TO DEFENDANTS' ARGUMENT AND DECLARATION

    Plaintiff has no problem with allowing Counsel more time to respond. Plaintiff will defer to any Court decision regarding this. Plaintiff does, however, strongly object to facts in Defendants' Motion and Counsel's

Declaration as misleading and irrelevant to Plaintiff's serious pain and worsening injury.

Defendants' assertions that "Plaintiff is apparently able to work long hours as a janitor at the prison" stated in Counsel's Motion p. 2, footnote 2 and Declaration p. 2, n. 7. are slanted or outright false and irrelevant to Plaintiff's claims.

Plaintiff claims that Corizon & Corizon employees have been ineffectually responsive to Plaintiff's serious pain and progressively worsening injury since 2006. Since 2017 Plaintiff's injury has left him with more and more debility & exponentially worsening pain and injury.

Defendants state that generally that relief is "not granted unless extreme or very serious damage will result"[.] Id. (quoting Anderson v. United States, 612 F.2d 1112, 1115 (9th Cir. 1979).

Plaintiff contends very serious damage is occurring on a daily basis to his injury. For the last two days Plaintiff has been unable to sit up to type or work on his suit due to excruciating pain. Plaintiff has awakened nearly every hour and a half when he could sleep at all in the last several nights and had horrendous, excruciatingly painful bolts of pain radiating down both legs today while using the toilet.

Plaintiff will further address these issues in his response to Defendants' response to Plaintiff's Motion for Preliminary Injunction.

Corizon providers continue to refuse to send Plaintiff to a nephrologist despite continued kidney compromisation.

Plaintiff has no address to the constant serious pain and often horribly unbearable pain which affects him so badly he feels like he's on the verge of mental breakdown until it lessens.

Short of an Order by this Honorable Court for a neurologic consult and effective treatment of Plaintiff's serious pain and injury Plaintiff will be forced to wait, at the very least, until he uncontrollably defecates and urinates upon himself, as he was told by Corizon provider William Rogers in clinic on March 31, 2020 after approximately one hundred requests for help since 2017.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated this 17th day October, 2020.

Gerald Angelo Barcella

## CERTIFICATE OF SERVICE

I, Gerald Angelo Barcella, certify that on this 17th day of October, 2020 I caused a true and correct copy of the foregoing document to be served on the below named individuals by placement in the ISCI Unit 13 Resource Center Box for electronic filing by the ISCI Paralegal.

Dylan A. Eaton
Andrew E. Alder
Parsons, Behle, & Latimer
800 West Main Street, Suite 1300
Boise, Idaho 83702

_____
Gerald Angelo Barcella