Case No: __1:20-CV-00429-BLW__  Inmate Name: __Barcella__

Date: __11/06/20__  Inmate IDOC#: __56305__

Document Title: __Exhibits__

Total Pages: __61__  Inmate Initials Verifying Page Count: _____

Document(s) ____ of ____

PLAINTIFF'S EXHIBITS IV. - XVII.

U.S. COURTS

NOV 1 0 2020

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

# INDEX OF PLAINTIFF'S EXHIBITS

**EXHIBIT I.** Grievance II190000153                    (with Complaint)

**EXHIBIT II.** Grievance II200000277                   (with Complaint)

**EXHIBIT III.** Grievance II200000525                  (with Complaint)

## INDEX OF ATTACHED PLAINTIFF'S EXHIBITS

**EXHIBIT IV.** St. Luke's Neurointervention Therapeutic

          Steroid/Anesthetic Pain Record      pp. 2

**EXHIBIT V.** Letter to Dr. Bradley from plaintiff     pp. 3, 4, 5

**EXHIBIT VI.** Concern to Sgt. Fry 06/03/20            pp. 6

**EXHIBIT VII.** Declaration Lance Loya                 pp. 7, 8

**EXHIBIT VIII.** Declaration Gary Anderson             pp. 9, 10

**EXHIBIT IX.** Declaration of Merle Paul LeMere        pp. 11, 12

**EXHIBIT X.** Declaration Jesus Montes                 pp. 13

**EXHIBIT XI.** Statement Rocky McBride                 pp. 14

**EXHIBIT XII.** Statement Orlando Gonzalez-Leon        pp. 15

**EXHIBIT XIII.** Declarartion Arnold Stewert           pp. 16, 17

**EXHIBIT XIV.** Marchant v. Corizon PLN Article        pp. 18

**EXHIBIT XV.** Inmate Concern Form Worley 05/22/20     pp. 19

**EXHIBIT XVI.** Inmate Concern Form 06/05/20           pp. 20

**EXHIBIT XVII.** Plaintiff's Incomprehensive           ??

          Personal Medical Record 05/26/17–

          10/28/20                              pp. 21–59

# St. Luke's Neurointervention
# Therapeutic Steroid/Anesthetic Injection

During Business Hours Call  208  381-9384

BARCELLA, GERALD ANGELO
DOB: 8/2/1959 (60 yrs) M
MRN: 3895857
CSN: 627782412
HAR: 436152991
Adm Date: 2/24/2020

Provider: Dr. Perl or Dr. Bell

Acc # 52923728

Following the procedure you should resume your normal activities, including those that aggravate your pain. Please record any changes in your pain, below. You will need to keep a record of any changes in your symptoms for 14 days, unless instructed differently at the time of your procedure. Please circle the number that best describes your pain, below. After you have completed this questionnaire, simply fold this form and mail it back. The provider uses this to update your medical record.

## Pain Record

Circle the number that best describes your pain  0 being no pain  10 being the worst pain imaginable.

| Day | Pain assessment | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | No Pain | | | | | | | | | Worst Pain | |
| Prior to Procedure | 0 | 1 | 2 | 3 | 4 | (5) | 6 | 7 | 8 | 9 | 10 |
| 15 mins After Procedure | 0 | 1 | 2 | (3) | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 2.0 Hours After Procedure | 0 | 1 | 2 | 3 | 4 | 5 | 6 | (7) | 8 | 9 | 10 |
| 4.5 Hours After Procedure | 0 | 1 | 2 | 3 | 4 | 5 | 6 | (7) | 8 | 9 | 10 |
| 1st Day After Procedure | 0 | 1 | 2 | 3 | 4 | (5) | 6 | (7) | 8 | 9 | 10 |
| 2nd Day After Procedure | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | (8) | 9 | 10 |
| 7th Day After Procedure | 0 | 1 | 2 | 3 | 4 | 5 | 6 | (7) | 8 | 9 | 10 |
| 14th Day After Procedure | 0 | 1 | 2 | 3 | 4 | 5 | 6 | (7) | 8 | 9 | 10 |

2:25 p
:55p

Please note any side-effects, problems, or comments:

Please fold on the dotted lines and mail to the address on the backside of this form. Thank you.

REMOVE TO EXPOSE ADHESIVE   REMOVE TO EXPOSE ADHESIVE   REMOVE TO EXPOSE ADHESIVE   REMOVE TO EXPOSE ADHESIVE   REMOVE TO EXPOSE ADHESIVE   REMOVE TO EXPOSE ADHESIVE   REMOVE TO EXPOSE ADHESIVE   REMOVE TO EXPOSE ADHESIVE   REMOVE TO EXPOSE ADHESIVE   REMOVE TO EXPOSE ADHESIVE

Dr. William D. Bradley
520 S. Eagle Rd. #1201
Meridian, ID 83642

Gerald Angelo Barcella 56305
ISCI Unit 10
P.O. Box 14
Boise, ID 83707

04/26/2020

Dear Dr. Bradley,

I am writing you concerning my 10/21/19 office visit for
excruciating sciatic and lower back pain. We discussed foraminal narrowing
and you recommended epidural steroid injections (ESIs) at the L4-5 and L5-
S1 areas. You requested a follow-up visit to order a new MRI and discuss
surgical options should the ESIs fail to bring relief.

Corizon Medical approved the ESIs, but they immediately denied any
follow-up appointments, because they said because in your report you stated
"no surgery recommended at this point." From our conversation you told me
this was because we would try the ESIs first.

Furthermore, after the 02/24/20 ESIs failed Corizon again denied the
follow-up visit (surgical consult) stating that you told them in a letter
that I "had no neurological deficits."

At my visit we discussed foraminal narrowing as causing my debilitatting
pain. We went over my 2017 MRI. You told me that my condition had probably
worsened and that I may be in pain for the rest of my life due to Corizon's
refusal to treat my condition in 2017.

I mentioned that I can no longer sit, stand or walk for more than 10
minutes without pain, that I have to take heavy medication to fall asleep
and that I wake up every hour during the night. I have had to totally stop
or severekt curtail church attendance, religious activities, A.A. meetings,
working out, exercising, and recreational walking and running. I was very
active and doing all these things in 2016. I have had to stop doing two jobs
due to inability and pain. I was building cabinets, and working as a companion
to Alzheimer's and dementia patients. I can no longer sit, stand or walk
long enough to do either job.

3

Corizon medical told me they will not schedule me for any further surgical consults because you told them that I had no neurological deficits. Is this correct? Because based on our conversation we did discuss my severe pain and compromised activities of daily living, (ADLs). Is this diagnosis and prognosis claimed by Corizon correct?

Since meeting with you in October 2019 my conditions has severely worsened with sciatic pain exponentially worsening on my left side, increased pain now spreading to my pelvic area, and worsening sharp lower back pain. When I informed Corizon providers of this they said that Corizon would not reschedule me with an offsite specialist until I, at the very least, began to uncontrollably defecate upon myself from lack of bowel control despite any level of pain.

I have enclosed a completed medical information release and request that you release a complete copy of my medical file to Ms. Jerilyn Taylor. Ms. Taylor may further request a telephonic or video conference with you. If necessary you can be financially compensated for your time.

I am suffering and look forward to hearing from you. I thank you for your time and concern.

Sincerely,

Gerald Angelo Barcells

# HIPAA COMPLIANT AUTHORIZATION FOR THE RELEASE OF PATIENT INFORMATION PURSUANT TO 45 CFR 164.508

COPY

TO: Dr. William D. Bradley
_____
Name of Healthcare Provider/Physician/Facility/Medicare Contractor

520 South Eagle Road #1201
_____
Street Address

Meridian, ID 83642
_____
City, State and Zip Code

RE: Patient Name: Gerald Angelo Barcella
_____

Date of Birth: 08/02/1959 _____ Social Security Number: 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

    I authorize and request the disclosure of all protected information for the purpose of review and evaluation in connection with a legal claim. I expressly request that the designated record custodian of all covered entities under HIPAA identified above disclose full and complete protected medical information including the following:

[X] All medical records, meaning every page in my record, including but not limited to: office notes, face sheets, history and physical, consultation notes, inpatient, outpatient and emergency room treatment, all clinical charts, r ports, order sheets, progress notes, nurse's notes, social worker records, clinic records, treatment plans, admission records, discharge summaries, requests for and reports of consultations, documents, correspondence, test results, statements, questionnaires/histories, correspondence, photographs, videotapes, telephone messages, and records received by other medical providers.

[ ] All physical, occupational and rehab requests, consultations and progress notes.

[ ] All disability, Medicaid or Medicare records including claim forms and record of denial of benefits.

[ ] All employment, personnel or wage records.

[ ] All autopsy, laboratory, histology, cytology, pathology, immunohistochemistry records and specimens; radiology records and films including CT scan, MRI, MRA, EMG, bone scan, myleogram; nerve conduction study, echocardiogram and cardiac catheterization results, videos/CDs/films/reels and reports.

[ ] All pharmacy/prescription records including NDC numbers and drug information handouts/monographs.

[ ] All billing records including all statements, insurance claim forms, itemized bills, and records of billing to third party payers and payment or denial of benefits for the period _____ to _____.

I understand the information to be released or disclosed may include information relating to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS), or human

# IDAHO DEPARTMENT OF CORRECTION
## Inmate Concern Form

Inmate Name: Gerald Barrella                      IDOC Number: 56305  B4A

Institution, Housing Unit, & Cell: ISCI 13/B4A

To: Safety Unit 13                      Date: 06/03/20

(Address to appropriate staff Person most directly responsible for this issue or concern)

Issue/Concern: I request that I leave to assign time the I
have to on is was. Well not notify me from my place
on 13 harder the unit harder than I thought and yet has
caused me too much pain. Thought I will file a grievance
consideration and other health concerns for the education to
I will make note to best faith, best effort not exit is a liberty.
I respectfully—

_____

_____

_____

_____

(Description of the issue must be written only on the lines provided above.)

Inmate signature: _____

_____          _____          Staff Section
(Signature of Staff Member Acknowledging Receipt) / Associate ID #)                         Collected/Received:

Reply: Noted                                                    6-3-20
                                                                (Date collected or received)

_____

_____

_____

Responding Staff Signature: _____  Associate ID #: 0768  Date: 6-3-20

Pink copy to Inmate (after receiving staff's signature).
Original and Yellow copy to responding staff (after completing the reply, yellow copy returned to inmate).

## This is an exact model and must be produced on three (3)-part NCR paper.

6

Lance Loya  33110
ISCI  Unit 13
P.O. Box 14
Boise, Idaho 83707

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO


Gerald Angelo Barcella
        Plaintiff

v.                                          Case No. 1:20-cv-00427-BLW

Corizon Medical et. al.                     DECLARATION OF LANCE LOYA
        Defendants


COMES NOW Lance Loya and declares pursuant to 28 USC 1746:

1. I am competent to make this declaration, have personal knowledge of the matters herein, and would testify truthfully thereto if called at hearing or trial.

2. I am an IDOC inmate currently residing in Unit 13. My IDOC number is 33110

3. I have known inmate Gerald Angelo Barcella since 2017.

4. I have known inmate Barcella in various capacities including our mutual participation in the Native American Cultural Circle, friendship, living in units 11 and 13, and in a work environment.

5. I have noticed inmate Barcella in progressively worsening pain and debility as seen in his pained facial expressions, groans and cries, weakening physical strength, and near constant complaints of pain.

6. I have noticed that inmate Barcella on multiple occassions was unable to participate in Native American Inipi (sweatlodge) cermonies and when he did participate he was in pain, often had to leave the ceremony, was unable to stay in a sitting position for the duration of the ceremonies.

DECLARATION - 1

Lance Loya 33110
ISCI Unit 13
P.O. Box 14
Boise, Idaho 83707

7. I am the lead janitor in Unit 13 and I was lead janitor in May and June of 2020.

8. On May 27, 2020 Gerald Barcella started a job as tier janitor in Unit 13.

9. On June 3, 2020 he resigned from his job.

10. Inmate Barcella told me he had to stop doing his job due to pain and inability to do the work.

11. On September 3, 2020 inmate Barcella told me he nearly fell down the stairs due his leg "giving out."

Pursuant to 28 USC 1746 I declare under penalty of perjury that the foregoing is true and correct.

Dated September 20, 2020          *Lance E. Loya #33110*
                                   Lance Loya

DECLARATION - 2

Gary Anderson 60293
ISCI UNIT 9
P.O. Box 14
Boise, Idaho 83707

Gerald Angelo Barcella
      Defendant

v.                                         Case No. 1:20-cv-00427-BLW

Corizon, et. al.                           DECLARATION OF GARY ANDERSON
      Defendants


COMES NOW Gary Anderson and declares pursuant to 28 USC 1746:

1. I am competent to make this declaration, have personal knowledge
of the matters herein, and would testify truthfully thereto if called at
hearing or trial.

2. I am an IDOC inmate currently living in Unit 9. My IDOC number is
60293

3. I have known Gerald (Gerry) Angelo Barcella since at least 2006.

4. I have had regular contact with Gerry when I was incarcerated at
ISCI over the last three years and have regularly seen him at the chapel,
education, at Alcoholics Anonymous meetings, etc.

5. Gerry used to regularly attend church services at ISCI; often with
me.

6. In the last two years Gerry stopped attending church services. Gerry
said he could no longer attend the church services because of sciatic pain
from sitting.

DECLARATION - 1

9

Gary Anderson
ISCI Unit 11
Boise, Idaho 83707

    7. For years Gerry has been very active in the Alcoholics Anonymous program, often being meeting chairperson and attending multiple meetings per week.

    8. Over the last year or so Gerry attended fewer and fewer meetings.

    9. Gerry told me could no longer go to many meetings due to sciatic pain.

    Pursuant to 28 USC 1746 I declare under penalty of perjury that the foregoing is true and correct.

    Dated September 20, 2020

Gary Anderson 60293
9B-49 B

DECLARATION - 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO


Gerald Angelo Barcella
    Plaintiff

v.                              Case No. 1:20-cv-00427-BLW

Corizon Medical, et. al.         DECLARATION OF
    Defendants                MERLE LOREN PAUL LAMERE


COMES NOW M erle Loren Paul LaMere and declares pursuant to 28 USC 1746:

1. I am competent to make this declaration, have personal knowledge
of the matters herein, and would testify truthfully thereto if called at
hearing or trial.

2. I am an IDOC inmate currently living in Unit 13. My IDOC number is
22414

3. I have known Gerald Angelo Barcella for the last two years.

4. I have had daily to weekly contact with Gerald (Gerry) Barcella over
the last two years, inlcluding in living units, at education, and at the
Native American sweatlodge grounds.

5. When Gerry was able to even participate in sweatlodge ceremonies
he struggled with pain associated with sitting in the ceremonies and would
often be moving around unable to remain in a seated position as required.

6. I have on many, many occassions seen Gerry limping.

7. On many, many occasions I've heard Gerry complain of sciatic pain
and pain in his lower back and his inability to perform normal daily

DECLARATION - 1

Loren Paul LaMere
ISCI Unit 13
P.O. Box 14
Boise, Idaho 83707

activities.

8. Gerry told me he had to quit his job in Unit 13 due to sciatic pain.

Pursuant to 28 USC 1746 I declare under penalty of perjury that the foregoing is true and correct.

Dated September 20, 2020        _____

Merle Loren Paul LaMere

DECLARATION - 2

Jesus Montes 55650
ISCI  Unit 13
P.O. Box 14
Boise, Idaho 83707


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO


Gerald Angelo Barcella
          Plaintiff

v.                                    Case No. 1:20-cv-00427-BLW

Corizon Medical, et. al.,             DECLARATION OF JESUS MONTES
          Defendants


COMES NOW Jesus Montes and declares pursuant to 28 USC 1746:

1. I am competent to make this declaration, have personal knowledge
of matters herein, and would testify truthfully thereto if called at hearing
or trial.

2. I am an IDOC inmate currently housed in Unit 13. My Idaho Corrections
number is 55650.

3. On June 19, 2019 I was standing in the serving line waiting to receive
my evening meal.

4. I saw inmate Gerald (Gerry) Barcella fall forward into another inmate
before he fell onto the ground.

Pursuant to 28 USC 1746, I declare under penalty of purjury that the
foregoing is true and correct.


     Dated September 20, 2020

                                      _____
                                      Jesus Montes  #55650


DECLARATION - 1

## AFFIDAVIT

On, or about, June 19, 2019 while standing in line, at the p.m. meal serving window, in Perdqne, Gerald Barcella 56305 fell headlong into me and landed on the ground.

This statement is true and factual to the best of my ability.

*Rocky McBride*

Rocky McBride 87979
name / number


I witnessed the above individual sign this document.

*Patrick Stiner*
#106271
name / number


I witnessed the above individual sign this document.

*Ju Ba*
#117128
name / number

## AFFIDAVIT

On, or about, June 19, 2019, while standing in line at the p.m. meal serving window in Perdyne I saw Gerald Barcella #56305 fall headlong into another inmate before landing on the ground.

This statement is true and factual to the best of my ability.

Gonzalez-Leon, #68168
name / number

I witnessed the above individual sign this document.

Jesus Montes #55650
name / number

I witnessed the above individual sign this document.

Scott Lamb 129445

name / number

15

Arnold Stewart 40771
ISCI  Unit 13
P.O. Box 14
Boise, Idaho 83707

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

Gerald Angelo Barcella
        Plaintiff

v.                                    Case No. 1:20-cv-00427-BLW

Corizon Medical, et. al.              DECLARATION OF ARNOLD STEWART
        Defendants


COMES NOW Anold Stewart and declares pursuant to 28 USC 1746:

1. I am competent to make this declaration, have personal knowledge
of the matters herein, and would testify truthfully thereto if called at
trial.

2. I am an ISCI inmate presently housed in Unit 13 and my Idaho
Department of Corrections (IDOC) number is 40771.

3. I have know inmate Gerald Angelo Barcella for several years.

4. Over the last several years I have seen inmate Barcella in apparently
increasing pain and debility as exhibited from his posture, gait, and body
language such as groans, cries of pain and frequently stating he is in pain.

5. On the evening of May 31, 2020 I was eating dinner with inmate Barcella
in the Pendyne chow hall.

6. When it was time to leave I witnessed inmate Barcella nearly fall
over backwards upon standing up from his seat at the table.

7. I escorted inmate Barcella back to the housing unit as I was afraid
he might fall.


DECLARATION OF ARNOLD STEWART - 1

Arnold Stewart 407 !
ISCI  Unit 13
P.O. Box 14
Boise, Idaho 83707


    Pursuant to 28 USC 1746 I declare under penalty of perjury that the foregoing is true and correct.

        Dated September 20, 2020    #40771

                                   Arnold Stewart

DECLARATION OF ARNOLD STEWART - 2

17

before the next fiscal year begins on July 1, 2018.

In addition to ten unfinished cellblocks, two activities buildings, one of two prison industry buildings and three support buildings were still awaiting final inspection as of March 2018, according to Troy Thompson, a spokesman for the state's Department of General Services

Only the Convention Center in Philadelphia cost state taxpayers more than SCI Phoenix's $400 million price tag, though former Graterford superintendent Link said that prisoners housed at the new facility will see "an improvement in their quality of life."

Yet according to a May 21, 2018 news report, some prisoners have expressed concerns about moving from single cells at Graterford into double-bunked cells at SCI Phoenix.

"It becomes a hassle, and it becomes an issue because everybody brings in a different personality, everybody brings in a different character," noted state prisoner Rickey Duncan.

Although SCI Graterford will no longer house prisoners, it will remain open

until state officials decide what to do with the shuttered facility. 🔳

Sources: *www.philly.com, www.montgomerynews.com, www.whyy.com, www.core.pa.gov*

# Idaho Prisoner Swallows Razor Blade to Force Corizon to Provide Medical Care

### *by Monte McCoin*

Jason Monteleone, with the Boise law firm of Johnson and Monteleone, called the medical neglect that his client, Gary L. Merchant, 65, received from Idaho's prison medical care provider, Corizon Health, "egregious" in a federal lawsuit filed on December 26, 2017.

"The initial medical opinion that's been obtained demonstrates not just reckless behavior but deliberate indifference," Monteleone said. "I do a lot of correctional medical cases, and I've not seen one this bad."

Merchant, who had made "at least five written requests and, in total, over a dozen requests" to get medical attention for a worsening infection in his left leg, resorted to desperate measures to force Corizon officials to transport him to a hospital for treatment. He swallowed a small pencil-sharpener razor blade.

Merchant was finally sent to St. Luke's

Boise Medical Center, where he was diagnosed with "severe sepsis and septic shock." Doctors immediately attempted surgical intervention but were unable to save the leg and had to amputate it above the knee. Turning their attention to the swallowed razor blade, medical staff performed a colostomy to remove the blade and a damaged section of Merchant's intestines.

The lawsuit demands a jury trial on claims that Corizon, Idaho prison officials and others associated with Merchant's health care violated his civil rights, engaged in medical negligence and/or malpractice, and failed to hire, train and supervise qualified medical staff. See: *Merchant v. Corizon, LLC,* U.S.D.C. (D. Idaho), Case No. 1:17-cv-00524-BLW. 🔳

Source: *www.idahostatesman.com*

# CALIFORNIA HABEAS HANDBOOK 2.0

### *By Kent Russell*

*"A Godsend" For Habeas Pro-Pers*

- All New, Completely Revised & Upgraded (2016).
- Latest SCOTUS Cases & CA Rules of Court.
- Comprehensive New Chapter on Parole.
- Guide to CA Propositions Affecting Early Parole.

Send payment ($79) to:
**Kent A Russell**
**3169 Washington St**
**San Francisco, CA 94115**

For information:
Send S.A.S.E. to above address.

russellhabeas.com or (415) 563-8640



### *Disciplinary Self-Help Litigation Manual, Second Edition,* by Dan Manville

By the co-author of the *Prisoners' Self-Help Litigation Manual,* this book provides detailed information about prisoners' rights in disciplinary hearings and how to enforce those rights in court.

*Now available from Prison Legal News Publishing.*
**$49.95,** *shipping included*

**Order by mail, phone or on-line.**

By: ❑ check ❑ new postage stamps ❑ credit card ❑ money order

Name _____

DOC/BOP Number _____

Institution/Agency _____

Address _____

City  State  Zip _____

**Prison Legal News • PO Box 1151, Lake Worth, FL 33460**
**Tel. 561-360-2523 • www.prisonlegalnews.org**

## IDAHO DEPARTMENT OF CORRECTION
### Inmate Concern Form

IDOC Number: **13 BHA**

Inmate Name: Gerald Bacalle

Institution, Housing Unit, & Cell #: Isile NN Coyote Medical

Date: 5/23/20

To: Isile NN Coyote Medical
(Address to appropriate staff Person most directly responsible for this issue or concern)

Issue/Concern: At oslak on OPC _____

_____

_____

_____

_____

_____
(Description of the issue must be written only on the lines provided above.)

RECEIVED
MAY 27 2020

Inmate signature: _____

_____
(Signature of Staff Member Acknowledging Receipt) / Associate ID#)

Staff Section          Collected/Received: 5-26-2020
                       (Date collected or received)

Reply: Please place on HSP to be seen in clinic to discuss this _____
in clinic_____ inmate _____ _____ _____

Associate ID #: D766

Responding Staff Signature: _____    Date: 5/27/20

Selah Worley, FNP-C

Pink copy to inmate (after receiving staff's signature).
Original and Yellow copy to responding staff (after completing the reply, yellow copy is returned to inmate).

**This is an exact model and must be produced on three (3)-part NCR paper.**

19

# IDAHO DEPARTMENT OF CORRECTION
## Inmate Concern Form

**Inmate Name:** Gerald Barcella    **IDOC Number:** 81345    **Date:** 06/05/20

**Institution, Housing Unit, & Cell:** ISCI 13/14A

**To:** S. la Worley, NP Physician

(Address to appropriate staff Person most directly responsible for this issue or concern)

**Issue/Concern:** At 05/21/20 appt I was informed my UMT denied my GI/OSS consult request. 2nd submission. I was informed my constipation was so bad by UMT physician Richelson I had also [illegible] mass consult through her referable to gent colon valves not to [illegible] it on board [illegible] I'm messed up. Screening through the reasonable suspicion will do that but you don't enter it [illegible] it. I am recommended that my os dectized as to my medical care correct through my previous doctor colomol [illegible] to ask to my UMT. All previous doctors through [illegible] this serious colon [illegible] rattling dogs PIT is in 14 years. So I ask this serious concern [illegible] 05/21/20 have failed. I need a GI/OSS consult.

(Description of the issue must be written only on the lines provided above.)

**Inmate signature:** [signature]    **Staff Section**    **RECEIVED**    **JUN 10 2020**

**Collected/Received:** 6/5/2020
(Date collected or received)

(Signature of Staff Member Acknowledging Receipt) (Associate ID #)

**Reply:** Please reply in the if you would like for appointment in the telehealth again comes paramount in [illegible]

**Responding Staff Signature:** [signature]    **Selah Worley, FNP-C**    **Associate ID #** 22161    **Date:** 06/10/2020

Pink copy to inmate (after receiving staff's signature).
Original and Yellow copy to responding staff (after completing the reply, yellow copy returned to inmate)

**This is an exact model and must be produced on three (3)-part NCR paper.**

20

| | |
|---|---|
| 05/26/17 | OPC Dr. Sutherland back, knee, saphenous vein pain<br>He prescribed Tylenol 4 (T4) for pain. He tried to talk me out<br>out of my approved shoulder replacement surgery. He said it<br>would not help pain and make my shoulder worse. |
| 05/31/17 | HSR 960601 In 2011 I slipped or crushed a disc in my lumbar<br>region. It has acted up again badly and I am having sciatica,<br>bad cramping, and lower back pain. I'd like it evaluated. Thank you |
| 05/31/17 | Medical Request Disposition / Response (HSR 960601) back pain<br>Please stay to be assessed in sick call for your back. IF this<br>is still an issue please return to be assessed. |
| 06/08/17 | HSR 972248 My lower back hurts and I have sciatica. I herniated<br>a disc and/or slipped it back in 2011. The pain has been with<br>me but is now getting intolerable. |
| 05/31/17 | HSR 959992 Request for stronger pain medication. |
| 06/12/17 | OPC Rogers, NP Pain management |
| 06/15/17 | OPC Rogers, NP Back pain/sciatica Ordered x-ray, double ice<br>memp, physical therapy (P/T) |
| 06/19/17 | X-ray of back |
| 06/21/17 | Start physical therapy for back and knees |
| 06/24/17 | Couldn't stand due to sciatica |
| 06/29/17 | HSR 972922 Followup appointment for x-ray taken on 06/19/17.<br>Still having back pain despite therapy. |
| 07/10/17 | OPC Rogers, NP Read x-ray report. Told Rogers about CT scan<br>in 12/16 showing thoracic degeneration. Referred to Dr. Sutherland<br>to have him refer me to an OSS for my back. Conveyed that I<br>was still having bad sciatica in right calf. |
| 07/12/17 | P/T Ellen Westman She told me no physical therapy could fix<br>my back. |
| 07/13/17 | Concern: S. Mallet Corizon Omsbudsman<br>    On 07/10/17 I did an x-ray review with NP Rogers regarding<br>my lower back. He told me he was referring me to Dr. Sutherland<br>to see if I would be referred to a back specialist. I have very |

1

2

07/13/17  Concern S. Mallet (cont.)
          serious degenerative disc disease and vertebral disease. I was
          discharged from physical therapy yesterday. There is no therapy
          for this per therapist. I am in EXTREME PAIN. Can you please
          see that I am scheduled to see Dr. Sutherland ASAP. Thank you.
          Reply: Mr. Barcella, your case/x-ray, etc. was referred to Dr.
          Sutherland who did review it. He did not make any further
          recommendations. I see you are taking pain meds. If that is
          not alleviating your pain please submit HSR for further evaluation.

07/19/17  HSR 978087 (back)
          HSR 978086 (knees) Both HSRs listed as "refused" because I left
          sick call in frustration due to staff incompetence with sick
          call/evaluation protocol and incompetence.

07/  /17  HSR 972590 I was released from physical therapy on 07/13/17.
          She said she could do nothing for my back due to the severity
          of the degeneration of the discs and vertebrae per x-rays. I
          I am still having bad sciatica and back pain. I'd like an MRI
          and specialist consult.

08/07/17  Medical Request Disposition/Response You are scheduled to see
          the specialist for back pain.

08/11/17  Concern S. Mallet On 07/31 NP Rogers put in for an MRI for my
          back/lumbar region. Has this been approved? Thank you
          Reply: According to computer MRI for lumbar spine has been
          scheduled. Thank you!

08/31/17  MRIs (3) St. Luke's Imaging Center back, knees, shoulder

09/08/17  began job as a medical janitor

09/11/17  OPC Martin NP HSRs 999405 and 1001474 See Extensive Journal
          Notes: Martin was snotty, unprofessional, confrontational,
          agressive and overbearing. Martin said I needed to stop bending,
          tying shoes, walking, working, etc. after reviewing my x-ray.
          No MRI results could be found. Martin tried to prevent me from
          working. I told him I wanted to see Diice, NP or Rogers, NP
          as they were familiar with my case. He replied in a snotty tone,
          Rogers is on his way out (in the context he was giving too much
          medical treatment to inmates).

2

2²

09/14/17    Concern S. Mallet Have I been scheduled to see OSS Montambo
for my back or other OSS? I had a recent MRI for back and spine.
Results show extreme degeneration.
Reply: Looks like we just received the MRI results and they
were scanned into chart on 9-13. After your 14 day f/u appt.
we will act. You rescheduled so that you can discuss this w/
a provider. An MRI was recommended prior to neurosurgery.

09/26/17    Concern S. Mallet: On 09/25 I received your reply to my two
concerns asking if I was referred to to OSS for my lower back
and knees after MRI results since your two replies on 09/18
and 09/19 I saw NP Rogers. He couldn't find any followups and
didn't seem to think it was he who should do. My MRIs showed
significant vertebrae and disc damage to all lumbar units except
one and significant damage to both meniscuses and extensive
chondral damage in the right knee. I would like to see a physician
about scheduling or requesting OSS follow-ups. Both knees and
back hurt. Also scoliotic curve in my back.
Reply: Spoke w/ offenderre: OS appts/referrals needed per OSS.
Will need neuro referral and ortho referral for knees if medically

10/12/17    Conversation S. Mallet: She said she gave my concern forms
(regarding back and knee issues) to Rogers NP and said he should
be meeting with me.

10/16/17    Conversation with Rogers NP He discouraged surgeries.

10/16/17    Conversation S. Mallet She discouraged surgeries.

10/25/17    Was informed that ice memos were no longer given for chronic
conditions.

10/17/25    HSR 1056440 PA Rogers: As per our conversation I'd like to meet
with you to formulate a plan forward for treatment/resolution
of my back/knee issues.

11/01/17    HSR 1044380 My Tylenol 4 and ice memo expire next week or so.
I need to renew both for various joint and back pains.

11/02/17        OPC Huffman See extensive Journal Notes: Appointment was
regarding back and knee issues. She took notes, said "choose
choose one." I said, "back." She offered steroid shots to back
and knees. I told her ones in knees didn't work. I was too scared
to do in spine. Told her I was supposed to see a neurosurgeon
after back MRI. She couldn't find back MRI results. Upon her
questioning I told her I live with a level 3-4 back pain. Told
her acute pain was level 8 or 9 (sciatica). She said she would
search for back MRI results and build a case for me to see a
neurologist. I told her I was supposed to be seen after MRI
as per file.

11/14/17        Concern S. Mallet: Approx. 2 weeks ago I put in an HSR requesting
renewal of Tylenol 4s and ice memo. T4s expire next week and
ice memo expired yesterday. Have I been scheduled to be seen?
Reply: Your T4s were renewed 11-2-17 and do not expire until
04/30/18. You have been receiving them at pill call. Provider
Rogers documented that he discussed with you on 11-1-17, no
indication for long term ice memo.

11/21/17        OPC Rogers NP Back pain. Ordered Prednisone taper. No more ice
memos for long term. Huffman NP put me in for P/T. I told Rogers
I had put in over 100 HSRs, Concerns, and had appts. for since
and versince 2013 and want issue resolved. He said they will fix it
later.

11/21/17        P/T Lindsey See extensive journal notes. I told her Westman
dischard me about 07/13/17 after six weeks of P/T and that Westman
told me, "no amount of physical therapy will fix your back."
After reading my report she said she wasn't a doctor and couldn't
recommend any treatment.

01/30/18        Chronic Care Clinic or OPC Eldridge PA I told her about my back
and knee MRIs and requested that she put me in for OSS consults.
I told her about my pain in my back and knees.

02/21/18        OPC Eldridge PA back, shoulder, knee pain requested opioid pain
killers. Requested back and knee OSS consults. Told her Indocyn
wasn't helping enough with pain and she said it was hepa/nephro
toxic. Told her P/T doesn't help pain.

02/21/18      OPC Eldridge PA (cont.) She said I had proteinurea probably
              due to hepa/nephro toxic Indocyn. She said my body was an ortho-
              pedic surgeon's nightmare. She said she would consult Dr. Haggard
              about what to do. She said she didn't know what to do. She asked
              me, "how can you work?" I told her that at that time I was living
              with level 8 pain nearly all the time.

02/21/18      HSR 1091386 I would like to see an offsite specialist for the
              ongoing pain I have. A recent MRI shows severly deteriorated
              lumbar vertebrae and dics (all but one). This is interfering
              with my daily living activities.

03/12/18      OPC Huffman NP HSRs 1091391 and 1091386 back and knee pain.
              Huffman said, "pick one." I chose knees at that visit since
              I was getting nowhere on my back issue.

05/18/18      OPC Rogers NP HSR 1113367 arthritis pain

05/22/18      Concern Rogers NP pain management

05/20/18      Had to leave Inipi (Sweat lodge) ceremony due to sciatic pain.

06/06/18      P/T Westman back

06/07/18      worse sciatica upon awakening (from P/T the day before)

06/13/18      P/T made sciatica worse

06/15/18      Couldn't do home exercises (P/T) due to severe sciatic pain.

06/08/18      o6/08/18      HSR 972248 My lower back hurts and I have sciatica...
              Ealuated at sick call

06/20/18 P/T Westman She wanted to know why I was getting sciatica from the
              home exercises and P/T. I told her I had been in therapy with
              her previously for sciatica. Told her to check MRI results.

06/25/18      P/T Westman Told her I couldn't do some or all home exercises
              due to them causing bad sciatic pain.

06/29/18      Records Review Westman's notes from P/T were slanted and
              inaccurate. Some said incorrectly that I played basketball and did
squats in the recent past. I told Westman in the past that I did not play
              baketball or do squats anymore---meaning in over 20 and 10 years
              respectiely.

07/07/18      Conversation: I told Westman I read her P/T notes and pointed
              out her inaccuracies. She became very angry. See extensive
              journal notes.

| | |
|---|---|
| 10/16/18 | HSR 732339 I'd like fish oil for my joints. I have body-wide arthritis. Fish oil works for pain. |
| 11/ /18 | HSR 1113367 I am having arthritis pain throughout my body. I can't sleep. I'm constantly in pain. |
| 11/14/18 | HSR 1200881 Unbearable chronic sciatica. Was waiting for shoulder surgery to be done before addressing this. I cannot wait any longer for pain relief. It's been 10 years now. I want surgical consult as I was told. |
| 11/27/18 | HSR 1199673 Lower back pain/sciatica. Surgical Consult. Have been waiting until after shoulder surgery as you said. It's It's been approximately 10 years. Please reschedule missed appointment. 12/05/18    HSR 1200888 My hips hurt. Especially |
| 12/03/18 | My hips hurt. Especially the right one. I'd like an x-ray of sing for This has been progressing for years. |
| 12/17/18 | HSR 1204123 Right hip pain. Third HSR. |
| 12/03/18 | Sick Call. Was told I had to put in three HSRs to see a provider. I was given muscle balm. Told her I have been in pain since 2013, but never came to medical for it. |
| 12/04/18 | OPC Rogers, NP For surgical consult request for chronic sciatica. Upon exam Rogers found no reflex action in either knee. Told him I had sciatica down the right side of my leg to my calf. |
| | Rogers put in for OSS consult. He said, "they may want to continue with conservative measures." I told him that I have been repeatedly told by him, Dr. Haggard, and Bushnell NP to "wait until your shoulder is done." I told Rogers that pro;onged sitting, running, standing, working out, working make it worse. |
| | Rogers gave me a shot of Tordal and a prescription for RObaxin for two weeks. |
| | Rogers put in for a neurological consult for CT scan guided cortisone injection for sciatica. |
| 11/14/18 | OPC FILE NOTES per Rogers, NP: |
| | HSR 1200881 WANTING SURGICAL CONSULT THAT WAS PROMISED FOR PAIN RELIEF |
| | Pt reports that pain goes from rit lumbar down lateral to rt |

26

11/14/18    OPC Rogers NP (cont.)   FILE NOTES BY ROGERS

leg and stops at his ankle. Reports no falls. Reports exercise,
working too long, and sitting too long makes this worse.
Notes:
VSS:
NAD: (no accute distress)
Pt. ambulating w/ antalgic gait favoring rt. leg.
DTRs absat bilaterally
mounts/dismounts exam table w/ discomfort.
Straight leg raise testing w/ pain and weakness. strength (3/5)
with rt leg raise.
Lt leg raise w/ good strength and pain elicited in rt lumbar
Lumbar x-ray 06/2017 reveals:
LUMBAR SCOLIOSIS WITH SIGNIFICANT DEGENERATIVE CHANGES OF THE
LUMBAR DISCS FROM L1-2 through L4-5. ONLY L5-S1 IS SPARED.
Lumbar MRI 08/2017 REVEALS: Multilevel degenerative changes
of the lumbar spine w/ multilevel spinal canal and neural foraminal
narrowing.


CONSULTATION REQUEST: Offsite Clinic. Service type. Priority: routine
Will place referral for surgical consult.
Cont. conservative management otherwise
Notes: Pt educated regarding POC
Educated regarding potential of surgical consult being returned
in favor of cont. conservative management.
STAFF: Rogers, William Nurse Practitioner


REVIEW


Rogers
Notes: Mr. Barcella's offsite neurosurgery referral has been
returned needing the following information:
Return to Site:
Has this patient received NSAID/Acetiphenomin +3 weeks?
Home exercise/p/t +6 weeks?
Activity mdoification +6 weeks?
Is patient able to attend to ADLs?

11/14/18    OPC Rogers NP (cont.)
            REVIEW (cont.)
            RETURN TO SITE: (cont.)
            When did injury occur or symptoms start?
            PATIENT NOTES: I answered all these questions w/ Rogers.
            NSAIDS since 2000.
            Home exercise and P/T multiple +6 week sessions.
            Activity modification +6 weeks several times.
            Patient able to attend most ADLs most, but not all the time,
            difficulty and pain to wash right lower leg and foot, pain with
            siting, standing, working, walking and exercising. Difficulty
            walking to p.m. meals many nights.
11/21/18    P/T w/ Lindsey
12/17/18    OPC Rogers NP HSR 1204123 Rogers NP Notes: Rt. hip pain third
            visit. Pt reports r hip pain bothering him since 2013 but has
            been worse last few weeks. Reports pain level depends--sometimes
            sometimes wakes him up in the night as 6/10--if tweaks it just
            right is an 8-10/10 .
            Aggravating activity such as crossing his leg causes a lot of
            pain. Fish oil and glucosamine helps w/ knees and shoulder but
            not helping the hip much.
            VSS
            NAD
            Brief exam elicited w/ mostly abduction against resistance and
            very little pain w/ adduction or flexion/extension.
            Pain elicited w/ rotational movements. Pt otherwise ambulates
            normally and mounts/dismounts exam table w/ very little difficulty.
            Most likely OA based on exam and Pt.s other c/o.
            plan on likely steroid injection after x-ray likely refer to
            rtc prn.

            PATIENT NOTES: Rogers obviously misdiagnosed my hip pain as
            OA instead of the sciatica that has been plaqueing me since
            at least 2006. Hip x-ray later in December shows no OA in hip.

8

01/02/19    OPC Rogers NP Notes: Mr. Barcella's offsite neurosurgery referral
has been returned w/ the following ATP:
ATP: as per comments in progress notes to follow on-site for
this long-standing chronic condition previously worked up many
times. Pt. educated regarding cont. conservative  management
of his lumbar pain and to submit an HSR for worsening 5X.
Pt. upset says he will file a grievance.

01/03/19    MEDICAL INFORMATION UPDATE/RESPONSE
Right hip x-ray normal, no abnormalities.

GRIEVANCE 02/12/19

Facility: ISCI                          Grievance Number: 190000153

Date Collected: 02/15/19               Grievance Category: Medical/Healthcare

Level 1 Responder's Name: Brewer   Date Received: 03/03/19

Level 2 Responder: Tillemons        Date Received: 03/4/19

Final Grievance Disposition: Denied  Date Sent to Offender: 03/05/19

THE PROBLEM IS: Corizon Medical has refused to give me any adequate treatment
to alleviate the excruciating sciatica and back pain I experience despite
literally dozens of HSRs, concerns, grievances, and office visits since 2006.
An MRI in 2017 shows extensive back damage.

I HAVE TRIED TO SOLVE THIS PROBLEM INFORMALLY BY: HSR120088/(11/26/18) and
rescheduled to be seen on 12/04/18 by Rogers NP. Concern to Aaron Hofer on
(01/12/19) and Rogers' request for neurological consult.

I SUGGEST THE FOLLOWING SOLUTION FOR THE PROBLEM: Grant NP Rogers request
for surgical neurological consult so further possible medical treatment to
relieve the pain may be taken.

LEVEL 1 INITIAL RESPONSE: Mr. Barcella, I am sorry NP Rogers request was
returned with an alternative treatment plan for the back pain you have had
for 13 years. I will request the provider reiew your case. I see you work
at C.I. and lifting may be aggravating and making your pain worse. If
restrictions are added, we will schedule you via HSR request, is (sp) you
wish to discuss. Thank you.

LEVEL 2 REVIEWING AUTHORITY RESPONSE: Mr. Barcella, I am sorry you are having
back and sciatica pain. Unfortunately, an  alternative treatment plan has
been recommended in favor of a neurolgy consult at this time.
Conserative treatment has been advised so please continue to work with our
onsite providers as needed. Let me know if I can assist you. I hope you get
to feeling better.

APPEAL 03/12/19

I have had bad sciatica since 2006 as documented in my medical file by
literally dozens of verbal complaints, HSRs, Concerns, and grievances. Corizon
has repeatedly denied me medical care for this. THere is no alternative or
conservative treatment provided. It is NOTHING. I never worked in the IDOC
until mid 2017. I have only worked at Correctional Industries for approximately
30 work days 08-28-10-16 and again after medical layin  from 12/26/18--until
present.Sciatica was worse during inactivity in layin.  My job has nothing

3⁰

GRIEVANCE APPEAL (cont.)

my job has nothing to do with my condition. Dr. Haggard and _several_ of your providers have promised to provide care after my last surgery. Your threats rare pure retaliation. Please schedule OSS consult.

LELE 3 APPELLATE AUTHORITY RESPONSE

Date Appealed: 03/14/2019     Grievance Disposition: MODIFIED

Date Forwarded: 03/19/2019    Level 3 Responder: SIEGERT, RONA

Date Due Back: 04/04/2019     Response Sent To Offender: 04/03/2019

Date Returned: 04/02/2019

Your appeal has been reviewed and I find:

    Mr. Barcella

    I'm sorry you have ongoing back pain. The alternative treatment plan in lieu of a neurology appointment was based on your 12/20/2018 provider encounter. The suggested treatment at that appointment was for a R hip x-ray which was done on 1/2/2019 and to likely plan a steroid injection after the x-ray as well as physical therapy. After reviewing your medical record I don't see that an injection or physical therapy were ordered. I would encourage you to request an appointment with a proider to discus the parts of your alternative treatment plan that have not been ordered.

GRIEVANCE ATTACHMENTS

11/26/18     HSR 1200888 My hips hurt, especially the right one. I'd like
             an x-ray of it. This has been an ongoing issue for years.

01/02/19     Concern: Aaron Hofer (Amanda Tillemons, RN, HSA Respondent)
             A couple weeks ago at OPC PA Rogers informed me that Corizonation
             once again denied his request for neurological surgical consult.
             My file shows I have been complaining of sciatica since 2006.
             A 2017 MRI shows severe lumbar damage resulting in collapse
             with a scoliotic concave curve. This is causing me great pain
             and affecting my sleep, work performance, and ability to exercise
             and walk. Can you help me to get this consultation?

REPLY:       Unfortunately, I am unable to approe offsite consults. That
             process is left to a team of physicians. Please continue to
             work w/ our providers. Let us know if there are any changes
             or worsening symptoms. Conservative management is recommended
             at this time.

3¹

GRIEVANCE ATTACHMENTS (cont.)

01/12/19   Concern: S.Mallet-Corizon Omsbudsman   ROGERS NP RESPONDENT
           Awhile back I was given a hip x-ray per OPC visit. I have not
           been called in for a follow-up. Have I been scheduled? If not,
           can you have me scheduled? Thank you.

REPLY:     2 views of your right hip demonstrate smooth femoral head and
           unremarkable joint spaces. No acute or chronic features seen.
           No abnormalities. Please submit an HSR if you'd like to discuss
           further.

01/29/19   Concern: S. Mallet Corizon Omsbudsman
           In Nov. or Dec. I requested an offsite consult with a neurologist
           for ongoing sciatica. I filed an HSR and was seen by PA Rogers
           who filed for offsite visit which was denied. I need the HSR
           number, date of filing and also the date that I was seen by
           PA Rogers. Your help is greatly appreciated.

REPLY:     HSR 1200881 refused 11-26, rescheduled to and seen on 12-4-18
           by Rogers, NP.

02/27/19   Concern: Aaron Hofer      GEN BREWER RESPONDENT
           Your contact with C.I. staff  (HIPPA violation) about removing
           me from work in retaliation for  my grievance to receive provider-
           requested OSS consult for chronic sciatica documented since 2006
           despite being unemployed since the last 18 months or so gives
           me grave concern. My job is not strenuous and usually consists
           of using 2 lb. power hand tools. My pain is worse when I am
           inactive. This is the second time in approximately one year
           you have retaliated for OSS request. Please stop.

REPLY:     As your health care provider your safety is our priority.

02/26/19   RETALIATION
           PATIENT JOURNAL NOTES:
           on 02/26/19 I was escorted into Scott Walden's office (by Chris
           Donaldson) at C.I. (Idaho Correctional Industries) head on-site
           Administrator.
                Scott informed me that he sees me working and that medical
           called him to let him know that I requested a back surgery,
           and they wanted to know why I was working out there.

33

02/26/19     PATIENT JOURNAL NOTES (cont.)
                 I informed Scott that I have had chronic sciatic pain since
             2006 , and that I wanted to see an O.S.S (off-site surgeon)
             as recommended by N.P. Rogers.
                 Scott told me that Corizon was worried that I was moving
             heavy furniture. I informed Scott that I was not doing that.
                 I further informed Scott that, "they have pulled this shit
             last year when I was a medical janitor and sought a different
             O.S.S. consult."
                 Scott admonished me for swearing and told me they (Corizon)
             "may pull you" (prevent me from working).
                 He advocated me refusing surgery and said no surgery will
             alleviate my sciatic pain. He also said removing tissue from
             a herniated disc would weaken it and result in a "blowout" which
             would necessitate "caging your back."
                 I thanked Scott and left with Chris Donaldson (my supervisor)
             per journal notes 02/26/19
NOTE:            Scott Walden has since been giving me hateful stares anytime
             he sees me. He refuses to speak back when I address him. I feel
             intimidated by him and live in fear of retaliation. Rumor has
             it that he is being sued by an inmate for retaliation due to
             medical issues.
04/06/19     HSR 1204168 I need to try steroid injections and p?t for sciatica
             as recommended by UM Team for sciatica and any alternative
             treatment plan.
04/26/19     OPC Jose Seladon NP I was told I needed to start all over with
             the process, "from ground zero," to address my sciatic pain.
             Although the HSR I submitted was for a kenalog injection I was
             told I would need to put in an additional HSR to actually receive
             the injection.
PROVIDER NOTES:
                 MSK: rt buttocks tenderness w/ moderate to deep palpatation.
             Back full ROM w/ flexion extension . Rotation to the rt increases
             discomfort, full ROM w/ lft rotation. Hip full ROM w/ lft rotation.

34

04/26/19    OPC Seladon NP (cont.)

Provider's Notes (cont.)

Hip full ROM with flexion, discomfort while standing, leg ext discomfort w/ abduction. Knee" full ROM, deep tendon knee reflexor +2 bilaterally.

Medical Supplies/Special equiptment: rubber-tipped cane until 04/26/20 ordered per patient request to help w/ sciatica. Insoles ordered.

04/27/19    HSR 1204166 Cortisone shot for sciatica. You said to kite for shot. You already saw me to discuss it.

05/07/19    P/T Therapist Notes:

Sciatic pain R sided lumbar spine pain, pain goes to big toe, actually states big toe is numb. Reports sciatic pain "all the time." Walking increases pain, states he has stopped working out, running.

GAIT WNL:

AROM: L/S: flexion WNL ext 50 percent. DTR 1 percent plus. symmetrical LEs. SLR, RLE 80 degrees, LLE 80 degrees. To To palpitation does have flattening of lumbar spine w/ spinosis processes more prominent t/o the lumbar paraspinals, priformis, multifidus, QL yet did have some TTP at the R L3-5 facet joints. Educated in lumbar stabilization TA program.

Patridge-Gremmo, Lindsey

cont. P/T

HEP

05/10/19    OPC Seladon NP HSR 1204166 pt requesting cortisone inj.

Procedure risks and benefits discussed. Consent signed. Discussed POC w/ patient

PATIENT NOTE: the injection was to my lower right back in the L4-5 area. Why Seladon wrote down that it was given in my hip was either an error or a cover-up for a dangerous procedure that should have been done in an office by a non-specialist. Roger's has since refused to give a follow-up shot saying it is too dangerous near the spine.

34

05/14/19     P/T

05/21/19     P/T Therapist Notes: Sciatic pain has returned. States he hasn't done much the last week other than work, hasn't been trying to aggravate the spine, but RLE has gotten painful again. Would maybe like to have the injection on the left side that was offered. "I just need to get it fixed."

Will refer inmate back to provider for new radiographs to determine progression of degerative disease if provider feels it is indicated.

Partridge-Gremmo, Lindsey

06/04/19     OPC Rogers NP HSR 1285609

Provider Notes:

Pt reports ongoing problems with ongoing bilateral sciatica R L since approx 2006. Reports the L sciatica is somewhat and is only bothersome every few months, while the fight sided sciatica has been steady for about 13 years. Reports having injections four weeks ago that were helpful for about 5-7 days and pain began to return and has been back pretty good.

Has been attending P/T, but is not sure how much this will help him d/t severity of his back.

Reports that he has lost some weight.

Reports some nerve pain and numbness to RLE lateral thigh and dorsum of foot--stabbing and burning w/ new onset intermittant cramping.

NOTES:

VSS

NAD

Pattellar DTR, absent bilaterally

Pt lays down on exam table w/ some discomfort

Straight legf raising testing w/ good strength 5/5 and no pain to LLE, RLE w/ some some weakness approx. 4/5 and some lumbar discomfort.

Lumbar pain worse w/ hip abduction bringing R knee across midline

3$

06/04/19   OPC Rogers NP HSR 1285609 (cont.)
           IMPRESSION: reviewed recent lumbar xray.
           Drug Prescription: Methocarbamol 500 mg
           Drug Prescription: Ketorolac Tremeth VL 1 ml ini. 30 mg/mesoln
           Torodal 1 today
           Refer to Neuro to consider ESI
           Robaxin at p.m.
           rtc prn otherwise.

06/06/19   Could barely make it to Pendyne. Nearly fell climbing steps
           into chow hall. It took me 15 minutes to walk to Pendyne from
           Unit 13; normally a three minute walk. Intense pain and weakness
           in right leg.

06/10/19   HSR 1285609 NP Rogers: I want to try the Neurontin medication
           you recommended. The Robaxin has no effect. Thank you. Brutal
           sciatic

06/11/19   COncern: S. Mallet Corizon Omsbudsman
           A week or so ago NP Rogers said he was putting in a request
           for me to get a COrtizone injection by a neurologist. Do you
           know if this was done and was it approved or denied?
           Response: Looks like you are scheduled next week to discuss
           this w/ a provider. Watch the callout! Thank you!

06/18/19   COncern: Physical Therapist (Lindsey?)
           A couple months ago you stopped my p/t until an x-ray was done.
           Corizon UMT denied any action other than to do physical therapy
           since then. NP Rogers said he would contact you to restart p/t
       yet I have not been on a callout to do so. Why? Will it, or can
           it, fix my symptoms and/or pain? I need to know what to do now.
           Reply: (WILL ROGERS NP) Reviewed NP Rogers plan of care along
           w/ PT history. Last encounter notes state x-ray was sent to
           P/T.    In the meantime continue to work at home exercise and
           activity modification. I can help by working with C.I. and place
           you on light duty if needed. Thanks!

3⁶

05/26/19    HSR 125---- Request for follow-up Cortisone injection in the
other side of my my lumbar region for sciatica per your recommend
ation.
OPC Rogers NP
Notes: final ATP
Clinical rationale overturn reason
06/07/19 Determination overturn patient w/ lumbar DJD resulting
in radiculopathy.
AUG. 2017 MRI confirms multilevel DJD w/ spinal canal and
foraminal narrowing.
No epidural steroid inj. have been tried.
Onsite treatment has been maximized.
Previously mentioned steroid injection was done onsite and
placed into area immediate to L4-5 disc).
Additional info provided.
06/08/19 Agree w/ UMMD (Utilization Management Medical Doctor)
No appeals have been filed.
Course of Prednisone provided to patient today.

07/13/19    Concern Partridge-Gemmo, Lindsey
REDUNDANT__Error See p. 16 concern 06/18/19

3

08/21/19     OPC Rogers NP
             HSR 1285664 NP Seladon I need another Cortisone shot in my
             lower back...
             PROVIDER NOTES: PT reports pain is interfering w/ ADLs causing
             pain at work. States he cannot sit long enough to sit through
             church or sweat lodge w/o pain.
             Reports sciatic pain has spread through R glut. Throbs and
             cramps through hip. Outside thigh feels like leg broken--see
             hand written scanned document PT provided today detaining reports
             of sx (symptoms).
             Reports falls in June/July f/r this with difficulty washing
             R foot and lower leg--again. See scanned document.
             IMPRESSION: (06/02/17) lumbar scoliosis w/ significant
             degenerative changes of the lumber discs from L1-2 through L4-5
             only L5-S1 is spared.
             impression: (05/2019) Scoliosis w/ severe multilevel degenerative
             disc changes involving the lower thoracic spine and through
             L4-5. Grade 1 anterolisthesis of L4 on L5 unchanges with either
             either extension or flexion.
             REVIEWED MRI: 08/2017
             IMPRESSION: multilevel degenerative changes of the lumbar spine
             with multilevel spinal canal and neural foraminal narrowing.
             NOTES: patient educated regarding poc and agrees. Thankful for
             care.
             CONSULTATION REQUEST: Offsite Clinic
             Service Priority: routine
             NOTES: consult placed to Neuro surg.--will appeal it if ATP d/t
             severity of sx and worsening nature impacting patient's ADLs
             Continue conserv. treatment. Consider Tramadol or Gabapenton
      for       for sx.
             PATIENT DOCUMENT SCANNED INTO FILE
             !. Sciatic pain has spread. Goes from Rt. glute where it throbs
             and cramps, through hip, down outside of thigh, reemerges at
             at ankle (feels like my leg is broken), and goes through dorsal
             part of foot into big toe and two toes next to it. Toes are

3⁸

08/21/19    OPC Rogers NP HSR 1285664

PATIENT DOCUMENT SCANNED INTO FILE (cont.)

numb to one degree or another.

2. Pain is always present. Some days are better than others. After work some days I can barely walk to chow.

4. After work the pain if often unbearable.

5. Work is compromised. Can't lift heavy objects. Can't focus due to pain.

6. Cannot wash my right foot and lower leg due to limited ROM.

7. Fell down 2X in June and July going to chow. Once in chow line.

8. Had to stop going to sweat lodge. Too painful to sit on ground.

9. Had to stop going to church one year ago. Too painful to sit in church pew.

10. Had to stop going to A.A. one year ago. Can't sit through meetings.

11. Had to quit ISP job because I can't sit or walk long enough to work with the inmates.

12. Wake up every hour all night long.

13. Some nights have to force myself through level 5-8 pain to go to sleep.

14. Wake up in pain.

15. Have a pronounced limp.

Cannot do hobby some nights as it is too painful to sit.

17. Canot lie back and recline on bed. Causes extreme pain, especially when try to get up and try to walk.

18. Seldana gave me a Cortisone shot in my L4-5 area. It temporarily relieved pain and loosened my right leg so I could shower normally.

20. Seldana wrote in my file that he gave me a shot in my hip. He lied. Why? 05/19

21. Rona Siegert said in my grievance appeal that UMMD mistakenly thought my issue was hip. SHe said do alternative treatment and if that doesn't work they'd send me to OSS.

3?

08/21/19    OPC Rogers NP HSR 1285664

PATIENT DOCUMENT SCANNED INTO FILE (cont.)

22. Why haven't appeals been done on UMMD refusal for sugery
12/2018 and ESI (Epidural Steroid Injection)?

23. Dr. Haggard can override UMMD. I want it done.

24. ------------------------------------------------

25. X-ray from 05/24/19 shows degenerative disc disease going
from SERIOUS to SEVERE (06/15/17).

PATIENT NOTES:

Rogers NP said he put me in for OSS today. Said he put me in
for Cortisone shot from Seldana again and he wants to be there
to watch and learn how to do it. I said, it worked for a few
weeks. He said he'd scanned the notes I wrote into my file.
I watched him run them through the photocopy machine.

He said activity modification is the only other think I can
do. He said Corizon will do nothing else.

Told him there is officially no light duty at C.I. but I am
on light duty. I cannot do my job due to limited physical
activity.

Told him everything on the list he scanned into my file.

Told him I have put in nine (9) HSRs for Cortisone injections.

He asked if I wanted Celebrex or Robaxyn. I said no. Neither
were effective when I tried them in the past.

I said, shot to the spine worked for a few weeks. I know it's
L4-5 because afterward I was able to bend lower leg enough
(increased ROM) to wash foot.

Told him I fell down 2x going to chow recently. So he "could lear"

He said he'd schedule inj. to L4-5 by Seldana. He wanted to watch.

07/30/18    Physical Therapy (p/t/) Partridge-Gremmo, Lindsey Therapist Notes

Denies any change in symptoms, no recent or earlier injuries
or exacerbations in his chronic LBP/R sciatic pain. Recently
had undated radiography of spine. Was denied any offsite for
injections.

States that the injection he received (05/10/19) was helpful

07/20/19    Physical Therapy Partridge--Gremmo, Lindsey
            Terapsit Notes (cont.)
            in decreasing his pain, however temporary.
            Review of HEP. Inmate has extensive lumbar stabilization program
            and stretching program. He also completes his own exercise
            program regularly, focused on core strength and general stretching
            Educated today regarding body mechanics activity modification,
            and importance of daily stretching and strengthening to manage
            his symptoms. Verbalized understanding.
            NOTES: Radiography indicates stable anterolisthesis L4-5 w/
            flexion/extension films as well as "scoliosis with multilevel
            degenerative disc changes involving the lower throacic spine
            and through L4-5." Inmate is independent of his extensive HEP
            for stretching and core strenghtening/stabilization.
            THERE IS LITTLE ELSE I CAN DO FOR HIM AT THIS TIME (emphasis
            patient's).
            If his injection he received in May was beneficial, he would
            likely benefit from offsite assessment for potential injections
            to the lumbro-sacal spine.


12/15/16    IMAGE CAT SCAN St. Mary's Hospital, Cottonwood, ID
            TECHNIQE: medical aquisition was obtained through the chest
            w/o the use of intravenous contrast.
            FINDING: There is ....Degenerative changes are present in the
            thoraco-lumbro spine and there are severe degenerative changes
            in both shoulders, left worse than right.

09/01/19    Concern: S. Mallet—Corizon Omsbudsman
Issue: On 08/21/19 NP Rogers put me in for an OSS consult. Do you know if an approval or denial has been sent?
Reply: I have requested you be scheduled in clinic to review request. Please watch the callout.

09/16/19    Concern: S. Mallet
Issue: About a month ago NP Rogers said he was scheduling me to get a Cortisone shot onsite by NP Swldana. Can you see why I haven't been seen? Thank you.
Reply: I talked to NP Rogers about this. Currently we are unable to schedule you w/ NP Celdana as he works at ISCC. On occassion he may fill in possibly, but we don't know when or if he will. Sorry, he is unable to refer you to Mr. Celadon ñ this time.

date ?    HSR 1283172 Need stronger pain meds for sciatica arthritis.

09/26/19    OPC Rogers, NP follow-up from 08/29/19  PATIENT NOTES
Corizon allegedly ordered "a more thorough exam" before they'd approve Rogers' OSS request.

He said he asked Dr. Haggard what to do to accomplish that. He tested my rotation, back bending, bending forward, etc. I I was limited due to pain. Nearly fell down when turning to left. Had bolts of pain in most movements.

I told Rogers that "vertebrae move all over" when shifting positions when laying down, especially when I'm reclining or on my back despite x-rays showing listhesises were stable during flexing and rotation.

Rogers prescribed Neurontin 300mg one or two tablets at p.m. Took first dose. It helped somewhat.

09/26/19    OPC Rogers, NP PROVIDER NOTES
Pt. reports same pain. Reports some days better than others. If more active day prior then will have increased sx next day. Reports that over time his sx are getting more and more frequent as well as more severe. Reports decreased sensation to toes of R foot which are generally tingly feeling much of the time.

Reports no relief w/ prior trial of tramadol and T4—stopped taking these. States he has not tried Gabapenton and is willing to see if this will help. Pt ambulates with non-antalgic gait and sits/raises.

42

09/26/19    OPC Rogers, NP (cont.)

       patellar DTR intact bilaterally 1+

       Straight raise testing with good strength w/ good testing and
little pain to LLE - noted to have some weakness 3-4s w/ lumbar
pain to RLE  good stretch to LE otherwise lumbar flex and
extension w/ good flexion noted.

       Patient able to reach past knees. States he can touch toes if
cont. stretching. Lumbar ext appears w/ pain at extreme and
and appears reduced at approx 10 degrees. Pt appears to have
nearly full rotation intact though noted to have decreased
sensation to 2nd, 3rd, and 4th toes on 10 g monofilament testing
ehre Pt notes finding sensation--noted to have fair amount of
callous buildup to distal 2nd toe which is debrided in clinic
today.

       REVIEWED: _noted all previous ImpressionsÑ

       Frug prescrtiption Gabapenton caps 300 mg

10/24/19    Offsite Surgical Consult PATIENT NOTES

       Dr. Bradley St. Luke's Hospital, Meridian 12:45-1:30 p.m.
P.A. took info. He seemed uncomfortable w/ me. Impatient, snotty.
Dr. came in. Went over MRI w/ me. Showed me foramic
compromisation at L5 level. Said only good, normal size
_thicknessÑ disc was at L5-S1. Planned on just having me put

o       on another Neurontin in a.m. and one at noon. I adamantly said
no.

          He told me my symptoms showed that my back was probably
irreversibly damaged due to waiting period since my 2017 MRI
and that probably nothing could be done to stop my pain.
He tried to dissuade me from any surgical procedure and said
I could get worse or have no change.

       He asked CO's if there was anyone at prison "who could change
bandages" or "dress wounds." He admitted he knew nothing about
ISCI and/or post-surgical treatment there.

          He said he'd only "operated on one IDOC inmate." He was
unfamiliar with filling out paperwork to send back with me.

43

10/24/19    OSS Consult (cont.)

He said he'd schedule an ESI epidural steroid injection "with an x-ray." Then he said, depending on "how it worked" he might "order another MRI." Before I left, he said, "we'll get you feeling better."

He semed unknowlegeable as to the severity of my pain and how pervasive my limitations due to pain.

He asked me what gave me pain relief and I said laying on my back until I passed out. He said, "you can sleep?" I said, "yah, after laying there in pain for a long time." I told him I took "meds to knock me out." _Doxapyn, ClonodineÑ

Told him Neurontin doesn't help at all.


END OF INCLUSIONS FOR BALLA DECLARATION
ON BACK INJURY


PAGES 25-29 are in Defendants' Exhibit A

10/12/19     Concern: S. Mallet Corizon Omsbudsman
I was told I was scheduled for an OSS surgical consult-neuro.
Have I had a medical hold put on me so I won't lose this?
Reply: Currently you have a hold until 12/04/19.

10/29/19     HSR 1295774
Renew bottom bunk & double-cuff memo please. Prosthetic shoulder
and back issues.

11/03/19     Concern: S. Mallet Corizon Omsbudsman
At a recent OSS consult I was told by the surgeon he would
schedule me for an epidural steroid injection. Has this been
approved? Has a date been set and do I have a medical hold for
this?
Reply: The consult for this was just placed 11/05/19 & has not
yet been approved. Please reconcern Tomi or I around 11-13 or
11-14 to give us time for the approval process. Good Luck! 11/06/19

11/05/19     OPC Rogers, N.P.
Offsite follow-up consult placed for ESI f/u. Otherwise cont.
conservative management of Pts. back pain.

11/07/19     Medical Information Update/Response
Request for follow-up w/ neuro returned in favor of waiting
2-3 weeks after steroid injections. Please watch the callout
for offsite injections.

11/07/19     Authorization ç00844143 for ESI

11/16/19     ATP _Alternative Treatment PlanÑ: based on the information
provided medical necessity not demonstrated at this time. Consider
follow-up onsite 2-3 weeks after ESI to determine if neurosurgery
visit is warrented.

01/01/20     HSR 1285038
Sciatica has now spread to left side, right side has worsened.
Entire pelvic area at times.

12/03/19     Concern: S. Mallet Corizon Ombudsman
Am I scheduled for OSS epidural steroid injection? Do I have
a medical hold for such? I am in terrible pain and my leg gave

4 5

gave out again.

Reply: Mr. Barcella you do have a medical hold and you have been scheduled for the injection. Please submit an HSR. 12/05/19

12/03/19    I fell down today on the landing at the top of the stairs outside of West Pendyne. I stopped myself before my body hit the ground.

01/20/20    Concern: Tomi Takata (correct sp. Takeda)

Why haven't I been seen for my epidural steroid injections from neurosurgeon Bradley? He told me on 10/18/19 he was recommending this and a follow-up afterward. Have you retracted this appointment? My condition is worsening exponentially. I am always in pain and can barely walk to chow and back. What is the problem? This is rediculous. I need to have this issue resolved A.S.A.P.

Reply: (form S. Mallet) This had to be rescheduled--so sorry! You will go offsite soon per Ms. Takeda. 01/23/20

01/27/20    Concern: S. Mallet

Why haven't I been sent to Dr. Bradley neurosurgeon for the epidural steroid injections I was told I was scheduled. Am I scheduled or not? Do I have a hold for this to be done? I feel like you lied to me.

Reply: Anything I relay to you is what I am told by our offsite scheduler. She told me you were scheduled and due to transport conflicts in January she had to move your appt. out. You are still scheduled. 01/30/20

01/29/20    HSR 1331109

Rewrite bottom bunk memo.

02/04/20    OPC Sila Worley, N.P.

Prescribed Ibuprofen 600 mg. TID/as needed. She said someone wanted me off Indocyn as it was supposed to be for short-term use only.

02/05/20    Provider Clinic (Chronic Care) Eldridge, Summer P.A.

Told to stop taking NSAIDs. Told my Glomerulal Filtration Rate (GFR) was 40 and it was probably due to damage from taking NSAIDs for 21 years.

46

02/06/20    OPC Sila Worley, N.P.
            Added 300 mg Gabapentin in a.m      300-600 mg in a.m.
02/07/20    took a.m. dose of Gabapentin. Did not help sciatic pain. Caused
            dizziness and anxiety.   BAD REACTION!
02/06/20    MEDICAL INFORMATION UPDATE/RESPONSE
            You missed your appointment for HSR 1285038 on 02/06/20. Submit
            a new HSR.
02/24/20    St. Luke's Neurointervention Therapeutic/Anaesthetic Injection
            Plaintiff received two injections to the lower lumbar spine.
            They failed to bring any relief at all.
            The surgeon administering the injections said ESIs work in less
            than 30% of patients.
            Injection: Dr. Bell
            ACC ç: 52923728
            CSN: 627782412    HAR: 436152991
            PAIN ASSESSMENT listed pain levels two hours to 14 days after
            ESI administration as higher than pre-injection pain--usuaaly
            7/10 pain levels.
02/26/20    (approx. date) Conversation with Mike Shannon that Corizon denied
            his last follow-up in clinic for recent shoulder surgery.
            Shannon's incurred post-surgical injury to the shoulder and
            that an x-ray showed that his shoulder was injured worse than
            it was pre-surgery.
03/01/20    (approx. date) Written Statement of Matt Ramsey entailing Corizon
            delay of 15 months to see a neurosurgeon and attempted denial
            of specialist ordered post-surgical follow-up in clinc. Note:
            Ramsey had a serious cervical spine surgery entailing vertebral
            fusion and decompression. Ramsey also details retaliation by
            and refusal to follow specialist orders post-precedure.
03/03/20    OPC (Anthony Reese? from ISCC)
            Provider follow-up for ESIs. Provider requested follow-up in
            clinic--OSS referal due to lack of relief from injections and
            patient worsening pain and symptoms.

03/10/20    OPC Bahader, N.P.
            Bahader was hostile and unprofessional during this second onsite
            follow-up for failed ESIs when Patient requested Bahader putr
            him in for follow-up w/ Dr. Bradley for evaluation and continued
            care. Patient told Bahader, "Dr. Bradley said he ordered the
            follow-up should the ESIs fail. Bahader snottily responded,
            "I'm not going to play 'he said, she said.'"
            Bahader further told Plaintiff that he would have to start his
            treatment over from the beginning.

03/10/20    Conversation w/ Tomi Takeda Corizon Offsite Scheduler
            Leaving the OPC with Bahader Plaintiff saw Ms. Takeda. He
            inquired as to a follow-up with Dr. Bradley and Ms. Takeda
            responded, "I know nothing about any follow-up."

03/12/20    Concern: N.P. Bahader
            "Once again I am requesting yo appeal UMMDs (UMTs) denial of
            neurosurgeon Bradley's medical orders for follow-up appointment
            following epidural steroid injections. He told me this was so
            he could order another MRI and explore other options should
            ESIs fail as they have. See 08/21/19 OPC Rogers, NP Notes for
            25 specifics regarding my compromised ADLs and other history.
            I have fought level 7 pain for 13 years. Corizon has denied
            me viable treatment this entire time. You should know 30% of
            patients receive no relief from ESIs. Please file appeal.
            Reply: (from S. Mallet) NP Bahader is not working at ISCI at
            this time. Pleas see Dr. Haggard's reply as well. "no
            neurological deficits or other findings or acute changes that
            would alter the need for surgical intervention since the time
            of the previous neurosurgery evaluation." This is alternative
            treatment plan based on Dr. Bradley's consult letter. Let us
            know if we can help further or if any changes occur."

03/12/20    Concern: Dr. Haggard-Director Corizon Health
            At 10/24/19 appointment Neurosurgeon Bradly (OSS) ordered two
            epidural steroid injections and follow-up appointment. UMMD

33

denied follow-up on 11/11/19 and again last week. Bradley said,
if ESIs failed he'd order a new MRI and explore other options.
ESIs failed. OPC 08/21/19-Rogers, N.P. NOTES: 25 specifics of
compromised ADLs and level 7/10 pain. Chronic sciatica 13 years.
Please override or appeal UMMD and schedule OSS follow-up as
ordered by Dr. Bradley. All but one lumbar vertebrae and disc
compromised and unstable. Phys. therapy exhausted 07/20/19.
I need resolution.
REPLY: Dr. Bradley's consult letter states that exam did not
show neurologic deficits and that surgical intervention is not
recommended. We will continue to provide non-surgical care unless
            unless you develop new problems. Please continue to
work with the OPC providers as needed. Rebekah Haggard, MD 03/16/20.

03/15/20    HSR 136928 sick call
"Sciatic pain worsening since Nov. Cannot lay on back now w/o
pain. Left side worsening. Pelvic area pain now. I put an HSR
in in November but wasn't on callout.
Plaintiff had to leave due to being left to sit on hardwood
for two hours. Noone could be told about this. Noone was present
in the sick call office for over an hour.

03/19/20    Concern: Corizon Medical
"I would like the name of the Utilization Management Medical
Doctor (UMMD) that denied my follow-up appointment ordered by
neurosurgeon Bradley.
REPLY: There are several physicians involved as a team in this
process. I do not know who, but this info is not needed for
you to implement the grievance process. Tonya McMillian, HSA
C689 03/18/20

03/31/20    OPC Rogers, William, N.P.
PATIENT NOTES:
Plaintiff conveyed the following information to Rogers.
Chronic sciatica since 2006.
2017-2019 x-rays show back injury progressing from "significant"
to "severe."

03/31/20    OPC Rogers, William, N.P. (cont.)

07/20/19 Clinical Notes: Partride-Gremmo, Lindsay Physical Therapist "There is little more that I can do for him at this time. Therapist also made prior notes that Patient had "major stability issues" concerning his lumbar spine.

That on 01/01/20 Plaintiff had put in HSR stating: "Sciatica has spread to left side, Rt side is worsened. Pain has spread to entire pelvic area at times."

On 10/21/19 Dr. Bradley ordered ESIs and follow-up. Coirizon denied follow-up "as per Corizon policy."

Bradley told me he'd order new MRI and discuss other options if ESIs failed.

03/03/20 Provider requested OSS referal

03/10/20 I was told UMT denied follow-up in clinic w/ Bradley.

03/12/20 Concern response from Dr. Haggard said Bradley said I had no neurological deficits.

Bradley must have based his diagnosis on Corizon input.

On 08/21/19 I gave Rogers a list of 21 points regarding compromised ADls.

Bradley told me that due to Corizon's failure to treat my injury since 2017 that I'd probably be in pain for the rest of my life. I am in bad pain and have been since 2006.

My pain is getting worse and worse, and had spread to rt. testicle. Rogers said Corizon would not schedule another OSS Consult because the ESIs failed. They would not try ESIs again, nor would they send me for a surgical review.

I asked Rogers how bad my condition had to be before UMT would approve another OSS referral.

Rogers told me that I'd have to lose control of my bowel and uncontrollably defecate upon myself, and that no amount of pain would get me an OSS consult.

Rogers ordered 600-900 mg Gabapentin at night., and a 21 day order for Flexoril.

Rogers asked me if I'd gotten any relief from Robaxyn, NSAIDs, oral steroids, or Torday injections. I said no.

03/31/20    OPC Rogers, William N.P. (cont.)

Rogers told me to lose weight. I told Rogers that I'd lost 50 lb. before 2018, but I'd put 20 lb. back on since 07/19 due to being unable to recreationally walk, work as hard as before, workout or jog or run due to sciatica.

Rogers refused to put in another OSS referral.

Rogers prescribed Tylenol for six months. I told him it wouldn't kill any pain. He said take it anyway.

Roogers told me that Corizon had a policy of no narcotics for chronic pain.

04/04/20    I had to be taken to the Infirmary by wheelchair for severe dehydration due to sever stomach flu. At one point I was asked if I had any other symptoms. Tonya McMillian and nurse Jules for some reason apparently thought this hillarious and broke out laughing with McMillian facetiously saying, "we ALL know about your joint pain Barcella." Obviously this was in regard to my history of hundreds of written and oral rewuests for effective treatment for my progressingly worsening pain and injury.

04/10/20    Plaintiff filed Grievance II200000277

04/26/20    Plaintiff sent a letter to Dr. Bradley for confirmation of the discussion had between Plaintiff and Dr. Bradley. A medical Information Release was sent w/ the letter.

04/28/20    HSR 1333835    sick call

I am still having bad sciatic pain. The Flexoril didn't help. Increase in Gabapentin didn't work.

Had to leave before being seen as there was noone to see me for well over an hour and the pain from having to sit on the hardwood benches was too brutal to withstand.

04/28/20    MEDICAL INFORMATION UPDATE/RESPONSE

You must stay to be seen. Please submit another HSR if symptoms persist.

05/02/20    PATIENT NOTES

New leg weakness

It's hard to bend over. Very painful also.

I could not stand up from a squatting position w/o assistance today.

Pain now goes down the fronts of both legs. (quadriceps).

Pain has increased and spread to both sides of lower back.

Sciatic pain down both Right and left buttocks, hips, sides of quads, calves, ankles, tops of feet.

Pain has spread to entire pelvic area, and right testicle.

Worsening pain and stiffness when straightening up from being bent over with increasing pain and difficulty. from increasing leg weakness.

Increased stiffness making it harder to stand from a seated position.

Increased problems with gait when walking. Patient can now feel nerve pain in areas that affect gait.

Becoming more and more sedentary due to pain. Put on 20lb over last year or so due to being unable to ambulate well.

Plaintiff had to refuse, for the second time in a few months, to return to work at Idaho Correctional Industries as a cabinet Maker due to pain and subsequest inability to withstand the rigors of his prior job.

05/03/20    HSR 1400607 "Sciatic pain."

05/08/20    OPC Worley, Sila N.P.

Patient told Worley getting worse. Sciatica spreading down left leg farther and farther down. Increasing in intensity.

Paresthesia and neural pain spreading throughout pelvis area.

Right testicular pain.

Patient told Worley, "I will have to quit my job soon due to limitations and pain." Told Worley I can only work about two and one-half hours out of an eight hour workday. She insinuated I was lying. I told her that the work was super easy-cleaning toilets, etc. and that I could work as easily as I needed to and that an 85 year old man on oxygen did my job prior to me.

Worley said UMT would deny OSS referral because "you can do all that."
When I told Worley the sciatic pain had spread to my left side,
pelvis, and right testicle Worley stated, "sciatica will do
that." She did not enter this information into my medical record.
WOeley sid she'd put in another OSS referral.

Worley tried to get me to take an increased dose of Gabapentin
in the mornings. I told her it gave me bad side effects during
the day and didn't like how it made me feel during the day.
ie. dizziness, lightheaded, and anxiety.

Note: I believe Worley put in my medical record that I was able
to work eight hour days at a physically demanding job.
Plaintiff had conveyed worsening pain and new acute symptoms
to Worley at this OPC.

Worley wanted me to try a host of drugs that were tried, to
no effect in the pst. These medications had no, zero effect
on my pain.

I told Worley I'd stop taking Gabapentin as soon as the
prescription expired as it did not help pain at all. I did stop
taking it when it expired in June or July.

Worley prescribed Ibuprofen even though I said it didn't help
my pain.

05/03/20    Grievance Appeal II200000277 was returned with a "modified"
response from Rona Siegert. It said that 03/31/20 OPC notes
by N.P. Rogers that I'd be put in for another OSS referral when
the Corona virus restrictions in the community were mitiagated.
This was in effect a denial as she didn't tell them to approve
an OSS referral. Six or seven previous ones were denied.

05/08/20    MEDICAL INFORMATION/UPDATE
"request for letter w/ diagnosis on it"
"Notes: Hello—per our leadership, lawyers, legal personnel can
request medical records at any time, and this is what the policy
is – medical staff don't write the letters, so I recommend your
legal person request the records. Emily Hutchinson, MD 05/08/20

05/12/20    DECLARATION OF GERALD ANGELO BARCELLA
            Interaction With Anthoney Bushnell, PA-C Corizon
            "On 05/12/20, at approximately 3:59 p.m. while walking back
            to unit 10 at recall I was near the end of the breezeway by
            Tower 5 when Anthoney Bushnell, PA-C saw me limping badly and
            obviously in pain.
            P.A. Bushnell was heading toward Medical when he approached
            me calling out to me. He asked why I was in so much pain. I
            told him it was due to sciatic pain.
            Mr Bushnell responded, "have you been seen for this?" I said,
            "yes, a couple of days ago." He asked if, they were "going to
            do anything for it." I said, "probably nothing they haven't
            done before."
            I told Mr. Bushnell that I had put in over 100 HSRs, etc. in
            the last three years and that Corizon had not done anything
            that reliefved the pain. I told Mr. Bushnell that I had been
            refused sseveral OSS provider requests, appointments and follow-
            ups.
            Mr. Bushnell told me he would put me on his prayer list.
            Sworn to under penalty of Perjury
05/15/20    Concern: S. Mallet Corizon Ombudsman
            "A week or so ago N.P. Worley said she was going to put me in
            for an OSS visit. Can you see if she did and if it was approved
            or denied?"
            REPLY: The consult was sent to the management/insurance team
            and was not approved which I see you were seen in OPC today
            05/21 Gen Brewer
05/21/20    Worley told me that Utilization management Team (UMT) had denied
            OSS referral due to "no neurological deficits and no new acute
            symptoms."
            I told Worley that at my last OPC with her that I told her that
            I had new neurological deficits and new symptoms.
            I told her that at my last OPC I told that I could barely do
            my job and that I would soon have to quit.
            I told Worley that at last OPC I told her that sciatic pain

5 4

OPC Worley (cont.)

had spread down my left leg and throughout my pelvis and testicle.
Worley again asked if I worked and I said, "yes I clean three
toilets, four urinals, and do light duty work. Worley again
insisted I was lying. I told her that most jobs in the IDOC
were "not real world jobs as far as intensive labor goes."
Worley again tried to start me over in another cycle of circular
care by going to physical therapy. I said I would be refused
by the therapists as noted in Lindsay Partridge-Gremmo's notes
that there was little more that she could do for me. Lindsay
also noted in my medical record that I had "major stability
issues" in my lumbar spine.
Worley again tried to get me to take multiple drugs. All of
which had been previously prescribed to no effect. She listed
five different drugs all which I'd previously tried.
I told Worley that the Gabapentin an Tylenol offerred no relief
whatsoever, and that I was in recovery for nearly 24 years and
that I didn't like the side effects of the Gabapentin taken
in the daytime when I was up and trying to function.
Worley again insisted I take it in the mornings. I again told
her it offered no, zero, no relief for my pain and it made me
lethargic, dizzy and lightheaded.
Worley said there were no other treatment options for me.
Worley further told me that until I could no. longer walk, work
or do Utilization Management Team (UMT) ordered Home Exercise
Program tht UMT would not give me any new treatment (OSS or
anything other than the same ineffective care).

05/22/20    Concern Worley, Sila N.P.
At 05/21/20 OPC you informed me that UMT denied my sixth OSS
consult request due to "no new neurological deficits or new
acute symptoms." At 05/08/20 OPC I told you sciatic pain had
exponentially increased spreading through my left side, leg
and entire pelvis and that I would soon have to quit my job

40

due to increasing symptoms. You responded, "sciatica will do
do that" but you did not enter it into my file. I am requesting
that you as gatekeeper to my medical care to correct this and
forward this info with an appeal of denial of OSS consult to UMT.
All previous treatments have failed: steroids, ESIs, various
drugs, P/T, etc. in 14 years.
REPLY: Please place an HSR to be seen in clinic to discuss your
concerns about pain management. Please initiate the Grievance
process if you disagree with recent ATP neuro consult.

05/26/20    DECLARATION OF GERALD ANGELO BARCELLA
On or about May 26, 2020 I had to resign my job as education
janitor at Robert Janz School, ISCI due to chronic pain and
debility caused by lower back and sciatic pain.
Sworn To Under Penalty of Perjury

05/31/20    DECLARATION OF GERALD ANGELO BARCELLA
At our evening meal at Pendyne I stood up to leave and nearly
fell over backward due to my legs giving out on me. I was also
overcome with sciatic pain at that moment. My near-fall was
so pronounced that another inmate insisted upon escorting me
home.
Sworn TO Under Penalty of Perjury

05/31/20    DECLARATION OF ARNOLD STEWART
On May 31, 2020 at our evening meal in the dining hall I
witnessed inmate Gerald Barcella 56305 nearly fall over backwards
upon standing to leave after our meal.

06/04/20    DECLARATION OF GERALD ANGELO BARCELLA
On 06/03/20 I had to resign my job as a tier janitor in unit
13 even though the job was not physically demanding. Sciatic
pain and inability to perform duties due to debilitatieng back
pain and pathologies forced this decision.

06/03/20    Concern: Sargaent Fry
"I regret that I have to inform you that I have to give you
14 day notice to resign from my job as a unit 13 janitor. The
job is harder than I thought and it has caused me too much
sciatic pain. I thank you for your consideration and effort.

I really appreciate the consideration and effort. I really appreciate the opportunity. I will continue to put forth my best effort as always.

RESPONSE: Noted.

06/05/20     Concern: Sila Worley, N.P.

2nd Submission. At 05/21/20 OPC you informed me that UMT denied my sixth OSS consult request due to "no new neurological deficits or new acute symptoms." At 05/08.20 OPC I todl you sciatic pain exponentially increased spreading through my left side, leg and entire pelvis and that I would have to quit my job due to increasing symptoms. You responded, "sciatica will do that" but you did not enter it into my file. I am requesting that you as gatekeeper to my medical care to correct this dand forward this information w/ an appeal of denial of OSS consult to UMT. All previous treatments have failed: steroids, ESIs, various drugs, P/T, etc. in 14 years. Sent this same concern on 05/22/20.

REPLY: Please place an HSR if you would like an appointment in OPC to review pain management.

06/14/20     Plaintiff filed Grievance II200000525     collected 06/18/20

THE PROBLEM IS: My back pathology and pain has exponentially increased over the last several months despite Corizon's denial of this. Pain since 2006. Pain is spreading to rt. testicle, pelvic area,upwards in sides of back,. I've had to quit two jobs since 06/03/20 due to pain. My gait is horrible, getting worse. I am losing function. I am in pain all day & all night long. I'm losing leg strength. Laying on my stomach 24/7 is is the only thing to stop pain.

I HAVE TRIED TO RESOLVE THIS PROBLEM INFORMALLY BY: HSR 13333835 (04/28/20), Concern: Sila Worley 05/22/20, 06/05/20, Grievances 200000277, 190000153, 100's of HSRs, Concerns, verbal requests.     I SUGGEST THE FOLLOWING SOLUTION FOR THE PROBLEM: Return me to the back specialist for the fololow—up ordered or to another specialist. Something needs to be done. Everything you have tried has not worked for several years now.

42

06/14/20    Grievance II2oo000525 (cont.)
            You are denying me effective care.

06/22/20    IDOC GRIEVANCE TRANSMITTAL FORM
            From: E. Barney Grievance Coordinator
            The attached form is being returned without action being taken
            because:
            The issue was previously grieved under grievance number
            II200000277.

06/23/20    GRIEVANCE APPEAL
            I AM APPEALING THE GRIEVANCE FOR THE FOLLOWING REASON(S):
            UMT denied OSS consult that Rona Siegert said I'd be put in
            for in her response to appeal on Grievance II200000277. Her
            answer was either bogus or thta grievance response was not
            validated. Patients are being sent out for OSS consults. Mine
            was denied.

07/01/20    LETTER FROM ECCO BRNEY, GRIEVANCE COORDINATOR
            Inmate Brcella,
            Your Grievance has been Returned Without Action (RWA) due tot
            the following reason: THe issue was previously grieved under
            grievance number II200000277.

            ALso, I cannot accept the information you provided in the
            "Appeal" section of the RWA II200000525. Not only have you
            exhausted your ability to grieve this issue, but you cannot
            submit your appeal until the grievance decision is rendered.
            This return without action paperwork has already been assigned
            an RWA number, which is why I am addressing you via this memo.

            Please let me know if you have any further questions regarding
            this matter.
            Thank: you, Ecco Barney

06/17/20    Plaintiff was hired as a janitor supervisor at Education. A third
            janitor would be hired to do any physical work. Plaintiff would fill
            bottles,   wipe tables, do paperwork and vaccum carpets.as able to.
            Job is easier than when Plaintiff did it two weeks after shoulder
            replacement surgery in 2018 with surgeon's permission.

| | |
|---|---|
| 06/23/20 | (On or about this date) inmates at ISCI were placed on modified lockdown status due to the Corona virus., being able to only go to one hour of "rec" outside the gym and to eat at Pendyne. |
| 06/28/20 | (On or about) inmates in Plaintiff's unit (13) were placed on two weeks quarentine status and not allowed off of their tiers. |
| 07/01/20 | Plaintiff began randomly experiencing random episodes of horrible bolts of neural pain radiating down the fronts of both legs while defecating. |
| 07/01/20 | Plaintiff has experienced difficulty urinating due to pain from standing in the past, but it began worsening around this time. |
| 07/14/20 | (on or about) Inmates on Plaintiff's tier began having one hour per day of "rec"outside on the front lawn of Unit 13. This is basically consisted of walking, sitting on the ground or doing body exercises. |
| 07/27/20 | (On or about) Plaintiff began bleaching and lightly cleaning his tiny tier dayroom and bathroom for approximately one hour per day. |
| 07/02/20 | HSR 1331111 I fell down today on a wet floor. So far I am just sore but but want to let you know in case it gets worse. |
| 07/02/20 | SICK CALL Plaintiff was told he could recieve muscle balm as his only treatment option. He took it. |
| 08/24/20 | (Approx. date) PROVIDER CLINIC Summer Eldridge, PA Plaintiff was informed that his glomerulal filtration rate had was 37. He once again requested to see a hephrologist and was denied. Normal GFR is over 60 with most people being inthe most normal readings in the 90s I believe. |
| 09/03/20 | (On or about) Plaintiff nearly collapsed walking down the stairs due to weakness in his left leg. Both legs randomly lose a large percentage of their strength. |
| 09/07/20 | Plaintiff is in horribly excruciating pain at various times throughout the day and night. Plaintiff averages 2-4 hours sleep per night due to pain. Laying on stomach for hours seldomly brings the pain relief it did a month or two ago. |

## CERTIFICATE OF SERVICE

I, Gerald Angelo Barcella, certify that on this 5th day of November, 2020, I caused a true and correct copy of the foregoing document to be served by placing an Inmate Access To Courts Request Form in the Unit 13 Resource Center box to have this document electronically filed with the Court.

Gerald Angelo Barcella

Plaintiff's Exhibits III. - XVII.