EXHIBIT XVIII.

Case No: 1:20-CV-00427-BLW   Inmate Name: Barcella
Date: 11/19/20   Inmate IDOC#: 56305
Document Title: Exhibit XVIII
Total Pages: 3   Inmate Initials Verifying Page Count: GB
Document(s) ____ of ____

# LIST OF EXHIBITS

Exhibit XVIII. Corizon Health Medical Information Update/Response p. 1 of 1

13D38



# MEDICAL INFORMATION UPDATE/RESPONSE

| | | | | |
|---|---|---|---|---|
| INMATE NAME: Bonilla | | | IDOC#: | |
| HU: | DATE: | | | |

This is an update/report regarding your healthcare:

| | |
|---|---|
| | You are scheduled to see the: ☐ NP/PA   ☐ Physician<br>☐ Director of Nursing   ☐ Specialist<br>☐ HS Administrator |
| | You missed your appointment for HSR # _____ on _____<br>☐ Submit a new Health Service Request<br>☐ You are Rescheduled. Please watch the callout |
| | Medications have arrived for you. Pick them up during KOP pick up. |
| | You have medications that are due for a refill/renewal please submit request for a refill/renewal, if needed. |
| | You are scheduled for ☐ Lab Tests ☐ X-Rays ☐ Minor Surgery ☐ Outpatient clinic ☐ Dental ☐ Optometry ☐ Chronic Disease ☐ Other: _____ Please watch the callout |
| | You have been assigned a lower bunk beginning_____. |
| | You have been placed on a medical hold to ensure continuity of care. |
| | You have been assigned an ice memo beginning_____ ending_____. |
| | Your request has been forwarded to the mental health staff. |
| | You will receive your meals in your housing unit beginning_____ ending_____. |
| | Your Lab results show no significant abnormalities. |
| | Your X-ray results show no significant abnormalities. |
| | If you need assistance to better understand this form, please submit a request to medical staff<br>Si necesita ayuda para entender mejor este formulario, por favor envíe una solicitud al personal médico |
| | Notes: [handwritten notes, illegible] |

Staff Signature: _____ Will Rogers, NP _____   Date: _____

NA3994ID
Issued 7/2017

Revised 10/2018

© 2018 Corizon Health, Inc.
Page 1 of 1

## CERTIFICATE OF SERVICE

I, Gerald Angelo Barcella, certify that on this 18th day of November, 2020, I caused to be served a true and correct copy of the foregoing document to the below named individuals, by giving these documents to the ISCI paralegal for electronic filing and/or mailing.

Gerald Angelo Barcella

Kevin West
Dylan Eaton
Parsons, Behle, & Latimer
800 W. Main St., Suite 1300
Boise, Idaho 83702

Robert A. Barry,
Deputy Attorney General for Idaho
Mark Kubinski,
Deputy Attorney General for Idaho
1299 North Orchard Street, Suite 110
Boise, Idaho 83706