UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERALD ANGELO BARCELLA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CORIZON, LLC, DR. REBEKAH HAGGARD, GEN BREWER, RONA SIEGERT, WARDEN ALBERTO RAMIREZ, and SELAH WORLEY,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00427-BLW<br><br>**ORDER APPOINTING LIMITED PURPOSE COUNSEL** |

　　　　The Pro Bono Coordinator has been notified by the Pro Bono Liaison that Craig H. Durham has agreed to serve as limited purpose counsel for Plaintiff Gerald Angelo Barcella. Therefore, **IT IS ORDERED** that Craig H. Durham be appointed as limited purpose counsel for Gerald Angelo Barcella in this matter, and the Clerk of Court shall designate him as such, with both Mr. Durham and Plaintiff receiving ECF docket entries, unless otherwise directed by Mr. Durham.

　　　　Plaintiff shall not contact counsel, but shall wait to be contacted by counsel.

　　　　Counsel is notified that he may take advantage of the benefits offered through the Idaho State Bar Volunteer Lawyers' Program.

　　　　The Federal Court's Pro Bono Program cost reimbursement fund is also available to counsel. Because the Court has authorized $1,000 from the fund to be paid for a Rule 702 expert, there is $500 remaining for costs on this case. If additional costs appear

**ORDER APPOINTING LIMITED PURPOSE COUNSEL - 1**

necessary, counsel may submit an ex parte motion to apply for additional funds. *See* Pro Bono Program, District of Idaho, available at www.id.uscourts.gov.

Plaintiff can use counsel's help with the following from the Court's previous Order:

- No later than **February 26, 2021**, Plaintiff, the Corizon Defendants, and the IDOC Defendants each shall submit two names of local nephrologists who might serve as the Court's expert in this matter on the claim that Defendants overprescribed NSAID drugs. When contacting the nephrologist, the parties shall not give names or details of the case or make any argument in support of their position ex parte, but may generally state that they are looking for a neutral court expert to review medical records and write a report (and potentially testify at trial) regarding whether there is a reasonable medical probability that a prisoner plaintiff's chronic kidney disease was caused by use of NSAIDs for pain management of a back condition and what Plaintiff's future probably holds for him regarding his kidney condition.

- Should Defendants notify Plaintiff that they require disclosure of any information from him regarding his past medical history, he shall respond by **February 12, 2021**. Plaintiff shall cooperate in providing signed HIPAA releases for any past medical providers requested by Defendants.

- Mr. Durham, on behalf of Plaintiff, and counsel for Defendants shall confer and propose to the Court in a joint motion any of the following, as may be necessary: new supplemental disclosure and discovery deadlines, a new dispositive motion deadline, and a potential time frame for a settlement conference. If the parties have already propounded discovery requests, they are authorized to engage in a second set of discovery requests to supplement the first, as reasonable, without regard to previously-set limits.

- Mr. Durham and Plaintiff shall determine how they would like counsel for Defendants to communicate with them (e.g., only to Mr. Durham or to both Mr. Durham and Plaintiff) and notify counsel for Defendants.

Nothing in this Order prohibits Plaintiff and Mr. Durham from entering into a contract for limited or full representation in this case that provides payment for attorney

**ORDER APPOINTING LIMITED PURPOSE COUNSEL - 2**

fees to Mr. Durham on a contingency or other basis. If Plaintiff recovers costs from Defendants, then Plaintiff has an obligation to reimburse the Pro Bono Program reimbursement fund.

If Mr. Durham has served his limited purpose (to be determined in his sole discretion) and the case has not yet concluded, Mr. Durham may submit a motion for withdrawal of counsel to the Court.

DATED: January 19, 2021

B. Lynn Winmill
U.S. District Court Judge

**ORDER APPOINTING LIMITED PURPOSE COUNSEL - 3**