Dylan A. Eaton, ISB #7686
DEaton@parsonsbehle.com
Andrew R. Alder, ISB #9971
AAlder@parsonsbehle.com
Parsons, Behle & Latimer
800 W. Main Street, Suite 1300
Boise, Idaho 83702
Telephone:   (208) 562-4900
Facsimile:    (208) 562-4901

Counsel for Defendants Corizon, LLC, Dr. Rebekah Haggard, Gen Brewer and Selah Worley

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERALD ANGELO BARCELLA,<br><br>    Plaintiff,<br>v.<br><br>CORIZON MEDICAL, SEVERAL UNNAMED MEMBERS OF CORIZON UMT, DR. REBEKAH HAGGARD, GEN BREWER, RONA SIEGERT, WARDEN ALBERTO, DIRECTOR JOSH TEWALT, and JOHN DOES I-X,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-00427-BLW<br><br>**JOINT MOTION TO AMEND DISCOVERY AND LITIGATION DEADLINES** |

The parties, by and through their undersigned counsel of record, and pursuant to the Court's Order of January 19, 2021 (Dkt. 50), jointly move the Court to amend discovery and litigation deadlines. In support of this Motion, the parties state the following:

1.     On January 19, 2021, the Court issued its Order Appointing Limited Purpose Counsel, appointing Craig Durham as limited purpose counsel in this matter. (Dkt. 50.)

2. Counsel was ordered to "confer and propose to the Court in a joint motion any of the following, as may be necessary: new supplemental disclosure and discovery deadlines, a new dispositive motion deadline, and a potential time frame for a settlement conference." (Dkt. 50, p. 2.)

3. On January 26 and 27, 2021, counsel met and conferred and agreed upon the following disclosure, discovery, and litigation deadlines:

    a. Disclosure Deadline[1]: **February 12, 2021**.

    b. Submission of proposed court-appointed nephrologist experts: **February 26, 2021**.

    c. The <u>fact</u> discovery cutoff shall be **June 1, 2021**. All fact discovery, including fact depositions will be completed by the discovery cutoff and written discovery must be served at least 30 days prior to this deadline.

    d. The parties shall disclose all expert witnesses to be used at trial by **July 1, 2021**.

    e. The parties shall disclose all rebuttal expert witnesses to be used at trial by **August 1, 2021**.

    f. The <u>expert</u> discovery cutoff shall be **August 16, 2021**.

    g. The last day for filing dispositive motions shall be **September 15, 2021.**

4. A proposed Order Re: Motion to Amend Discovery and Litigation Deadlines setting forth the above deadlines has been simultaneously submitted for the Court's review and approval.

---

[1] The disclosure deadline shall include both mandatory disclosures and disclosure of the information required to be disclosed in the Court's December 31, 2020 Order (Dkt. 47.)

JOINT MOTION TO AMEND DISCOVERY AND LITIGATION DEADLINES - 2
4838-2514-1977.v1

5. Counsel for the parties believe that the agreed upon deadlines provide the parties the time that is necessary in order to obtain and disclose the information required by the Court's December 31, 2020 Order (Dkt. 47) and to conduct additional discovery as may be necessary.

6. The parties agree that the above discovery and litigation deadlines can be further extended, if necessary, upon agreement of counsel for all parties in this case, or a proper motion to the court.

DATED this 27th day of January, 2021.

> PARSONS BEHLE & LATIMER
>
> By: */s/ Dylan A. Eaton*
>     Dylan A. Eaton
>     Andrew R. Alder
>     Counsel for Defendants Corizon, LLC,
>     Dr. Rebekah Haggard, Gen Brewer and
>     Selah Worley

DATED this 27th day of January, 2021.

> OFFICE OF THE ATTORNEY GENERAL
>
> By: */s/ Robert A. Berry*
>     Robert A. Berry
>     Counsel for Defendants Rona Siegert
>     and Warden Alberto Ramirez

DATED this 27th day of January, 2021.

> FERGUSON DURHAM, PLLC
>
> By: */s/ Craig H. Durham*
>     Craig H. Durham
>     Counsel for Plaintiff Gerald Barcella

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of January, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Robert A. Berry<br>Office of the Attorney General<br>robert.berry@ag.idaho.gov<br>*(Counsel for Defendants Rona Siegert and Warden Alberto Ramirez)* | Craig H. Durham<br>FERGUSON DURHAM, PLLC<br>chd@fergusondurham.com<br>*(Counsel for Plaintiff)* |

By: */s/ Dylan A. Eaton*
    Dylan A. Eaton
    Andrew R. Alder