Dylan A. Eaton, ISB #7686
DEaton@parsonsbehle.com
Andrew R. Alder, ISB #9971
AAlder@parsonsbehle.com
Parsons, Behle & Latimer
800 W. Main Street, Suite 1300
Boise, Idaho 83702
Telephone:     (208) 562-4900
Facsimile:     (208) 562-4901

Counsel for Defendants Corizon, LLC, Dr. Rebekah Haggard, Gen Brewer and Selah Worley

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERALD ANGELO BARCELLA,<br><br>　　Plaintiff,<br>v.<br><br>CORIZON MEDICAL, SEVERAL UNNAMED MEMBERS OF CORIZON UMT, DR. REBEKAH HAGGARD, GEN BREWER, RONA SIEGERT, WARDEN ALBERTO, DIRECTOR JOSH TEWALT, and JOHN DOES I-X,<br><br>　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-00427-BLW<br><br>**STIPULATION RE: NEUTRAL NEPHROLOGIST EXPERT** |

　　The parties, by and through their undersigned counsel of record, hereby agree and stipulate to the use of **Micheal Adcox, M.D. of Idaho Nephrology Associates**[1] as the Court's neutral nephrologist expert pursuant to the Court's *Order* (Dkt. 47). The parties further state the following:

---

[1] The website link for Dr. Adcox and his practice is: https://www.idahonephrology.com/staff/micheal-adcox/

STIPULATION RE: NEUTRAL NEPHROLOGIST EXPERT - 1
4853-0608-3549.v1

- The parties acknowledge that pursuant to the Court's *Order*, the parties were to each submit two names of local nephrologists who might serve as the Court's expert in this matter. However, counsel for all parties contacted multiple local nephrologists who either did not respond or were not willing to participate in this litigation, with the exception of Dr. Adcox. Undersigned counsel for all parties independently sought recommendations of local nephrologists from colleagues and various legal organizations and groups. Dr. Adcox was recommended separately to all counsel by various individuals and came highly recommended.

- In full disclosure, it is undersigned counsel's understanding that, over the years and currently, Corizon refers inmate patients to Dr. Adcox for offsite specialty medical care (although the undersigned is not aware of Dr. Adcox treating Plaintiff to date). Nevertheless, Dr. Adcox is not an employee of Corizon and has independence from Corizon as an offsite provider.[2] Corizon's affiliation with Dr. Adcox has been disclosed to Plaintiff's counsel. Plaintiff and Plaintiff's counsel agree the Court may proceed with utilizing Dr. Adcox as a neutral expert.

- The cost of Dr. Adcox's services is $350.00/hour.

- If the Court determines that Dr. Adcox is an appropriate expert witness, the parties respectfully request a status conference with the Court in order to address how the parties should further communicate with Dr. Adcox, what documents and information should be provided to Dr. Adcox, and any other procedures or processes related to the neutral expert for this case.

---

[2] Similarly, this Court recognized in this case that the offsite neurosurgeon, William Bradley, MD, who has treated Plaintiff, is also independent. (Dkt. 47, pp. 12-14)

DATED this 25th day of February, 2021.

PARSONS BEHLE & LATIMER

By: */s/ Dylan A. Eaton*
    Dylan A. Eaton
    Andrew R. Alder
    Counsel for Defendants Corizon, LLC,
    Dr. Rebekah Haggard, Gen Brewer and
    Selah Worley

DATED this 25th day of February, 2021.

FERGUSON DURHAM, PLLC

By: */s/ Craig H. Durham*
    Craig H. Durham
    Counsel for Plaintiff Gerald Angelo Barcella

DATED this 25th day of February, 2021.

OFFICE OF THE ATTORNEY GENERAL

By: */s/ Robert A. Berry*
    Robert A. Berry
    Counsel for Defendants Rona Siegert
    and Warden Alberto Ramirez

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of February, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Robert A. Berry<br>Office of the Attorney General<br>robert.berry@ag.idaho.gov<br>*(Counsel for Defendants Rona Siegert and Warden Alberto Ramirez)* | Craig H. Durham<br>FERGUSON DURHAM, PLLC<br>chd@fergusondurham.com<br>*(Counsel for Plaintiff)* |

By: */s/ Dylan A. Eaton*
    Dylan A. Eaton
    Andrew R. Alder