U.S. COURTS

FEB 25 2021
Revd Mail Filed All time 11:15
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Gerald Angelo Barcella 56305
ISCI  Unit 13
P.O. Box 14
Boise, Idaho 83707

U.S. District Court
550 West Fort street
MSC 42
Boise, Idaho 83724

February 21, 2021

    Re: Case No. 1:20-cv-00427-BLW
        balance due

Dear Sir or Madam,

On August 27, 2020 I filed a 42 U.S.C. 1983 Complaint. I was ordered by the Court in October, 2020 to pay $350 filing fee to be taken out of my inmate trust account in 20% increments until the balance was paid off.

The institutional accountant made multiple errors and sent many of the payments to Ada County Courts. She, and my electronic balance sheet here says my fee is paid, but there seems to be inconsistencies and I want to be sure it is paid off or I will send the balance due. I need the balance.

I thank you for your time.

Sincerely,

*Gerald Angelo Barcella*
Gerald Angelo Barcella

P.S.- If you could also send me a current docket sheet for my case I would aprecitate it. Thank you. G.A.B.

Inmate Name: Gerald Angelo Barcella 56305
Inmate No.: ISCI Cushing Unit
IDAHO DEPARTMENT OF CORRECTIONS
Institution: P.O. Box 14
Address: Boise, Idaho 83707
City: _____ State: _____ Zip: _____
INMATE CORRESPONDENCE



U.S. District Court
550 West Fort Street
MSC 42
Boise, Idaho 83724

LEGAL MAIL