Craig H. Durham
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
T: (208) 724-2617
F: (208) 906-8663
chd@fergusondurham.com

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| GERALD ANGELO BARCELLA, <br><br> Plaintiff, <br><br> v. <br><br> CORIZON MEDICAL, et al., <br><br> Defendants. | Case No. 1:20-CV-427-BLW <br><br> **MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Plaintiff Gerald Barcella, through his pro bono counsel, moves the Court to allow the filing of his First Amended Complaint, lodged as an attachment to this Motion as a redline version and as a "clean" version.

This Motion is supported by Rule 15 of the Federal Rules of Civil Procedure, the Memorandum in Support, and the files and record in this case.

1

Submitted on this 19th day of May 2021.

                                                                    /s/Craig H. Durham  
                                                                    Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of May 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Dylan Eaton
    deaton@parsonsbehle.com
    Andrew Alder
    aalder@parsonsbehle.com
    Attorneys for Corizon Defendants

    Robert Berry
    robert.berry@ag.idaho.gov
    Attorney for IDOC Defendants

/s/Craig H. Durham