Craig H. Durham
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
T: (208) 724-2617
F: (208) 906-8663
chd@fergusondurham.com

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| GERALD ANGELO BARCELLA,<br><br>Plaintiff,<br><br>v.<br><br>CORIZON MEDICAL, et al.,<br><br>Defendants. | Case No. 1:20-CV-427-BLW<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |

Plaintiff Gerald Barcella, through his counsel, withdraws his Motion for Leave to File Amended Complaint (Dkt. 62), without prejudice. The parties have reached an agreement to settle this case in principle. One condition of that agreement is that Barcella withdraw his Amended Complaint. Should the agreement not be finalized, Barcella reserves the right to refile the Motion and Amended Complaint.

Submitted on this 9th day of June 2021.

/s/Craig H. Durham
Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of June 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Dylan Eaton
    deaton@parsonsbehle.com
    Andrew Alder
    aalder@parsonsbehle.com
    Attorneys for Corizon Defendants

    Robert Berry
    robert.berry@ag.idaho.gov
    Attorney for IDOC Defendants

    /s/Craig H. Durham